THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

Carl Lee Hulon Jr

Patrice Hulon

Plaintiff's

22  CV  733  JDP

Case No. #_____

The Wisconsin Department of Justice

The Wisconsin Department of Health Services et. al

Defendant's

---

Civil Rights Complaint

---

Introduction

The Plaintiff, Carl L. Hulon Jr, in the above-entitled action in his Natural person capacity

commence the Civil Action against the Defendants; The Wisconsin Department of Justice

1

Wisconsin Department of Health Service located at 1 W. Wilson Street, Madison, WI 53703, The

Division of Medicaid Services located at 1 West Wilson Street, P.O. Box 7851, Madison, WI

53707-7851, The Office of IRIS Management (OIM), Center for Medicaid Services located at 201

W. Miffin Street, Madison, WI 53703, The Aging and Disability Resource Center of Rock County

located at 1717 Center Avenue, Janesville, WI 53546, First Person Care Consultant Agency,

TMG Consultant Agency located at 1 S. Pinckney Street #320, Madison, WI 53703, Sherlyn

Howe, IRIS Representative, at TMG Consultant Agency located at 1 S. Pinckney #320, Madison,

53703, Sherlyn Howe, IRIS Consultant, at TMG Consultant Agency located at 1 S. Pinckney #320,

Madison, 53703, Advocates4U Consultant Agency located at 21111 N. Doctor M.L.K Drive,

Milwaukee, WI 53212, Caitlin Connelly, Operations Manager, at Advoctes4U Consultant Agency

located at 21111 N. Doctor M.L.K Drive, Milwaukee, WI 53212, Salitha Blair, IRIS

Representative, at Advocates4U Consultant Agency located at 21111 N. Doctor M.L.K Drive,

Milwaukee, WI 53212, Diana Aguirre, Director, at Advocates4U Consultant Agency located at

21111 N. Doctor M.L.K Drive, Milwaukee, WI 53212, Magdeline, Rodriquez, Supervisor, at

Advocates4U Consultant Agency located at 21111 N. Doctor M.L.K Drive, Milwaukee, WI 53212,

Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency located at 21111 N. Doctor

M.L.K Drive, Milwaukee, WI 53212, Julie Brockwell, Long-Term Care Functional Screener, at

Advocates4U Consultant located at 21111 N. Doctor M.L.K Drive, Milwaukee, WI 53212, Caesar

Cruz, Long-Term Care Functional Screener, at Advocates4U Consultant Agency located at 21111

N. Doctor M.L.K Drive, Milwaukee, WI 53212, Premier Financial Management Services located

at 10425 W. North Avenue, Milwaukee, WI 53226, First Person Care Consultant Agency located

at 6100 N. Baker Road Ste 100A, Glendale, WI 53209, Molly Mowery, IRIS Consultant, at First

3

located at 17 W. Main Street, Madison, WI 53703, The State of Wisconsin Department of Health

Services located at 1 W. Wilson Street, Madison, WI 53707, et al, in its individual, personal and

official capacities for acts and omissions contrary to the laws of the State of Wisconsin the

United States, Contract Laws, Commerce, and the Uniform Commercial Codes in violations of

Plaintiff's rights, Full Disclosure Doctrine, Clean Hand Doctrine, Act of Bad Faith, Breach of

Contract, Fraud, Conspiracy, Negligence, System Tampering, and as a result of their actions and

inactions the Plaintiff's person has suffered thereby.

## Jurisdiction

This Court pursuant to Title 42 § U. S. C. 1331 & 1343, Article 3 § 2, clause # 1, of the

U.S. Constitution shall exercise it's Judicial Powers over cases arising under the Constitution and

laws of this land, affecting person's and things. This Court has Supplemental Jurisdiction over

the Plaintiff's State law tort claims under Title 28 U.S.C. § 1367.

## Plaintiff

Carl L. Hulon Jr, a Citizen of the United States, and a Resident of the State of Wisconsin,

who's mail address is 1620 Fayette Avenue, Beloit, WI 53511.

Patrice Hulon, IRIS Representative, Citizen of the United States, and a Resident of the

State of Wisconsin, who's mail address is 1620 Fayette Avenue, Beloit, WI 53511.

## Defendant's

The Wisconsin Department of Justice located at 17 W. Main Street, Madison, WI 53703,

The Wisconsin Department of Justice located at P.O. Box 7857, Madison, WI 53707-7857, The

2

Person Consultant Agency located at 6100 N. Baker Road Ste 100A, Glendale, WI 53209, Travis Wick, Supervisor,  at First Person Consultant Agency located at 6100 N. Baker Road Ste 100A, Glendale, WI 53209, Brian Dimond, Supervisor, at First Person Care Consultant Agency located at 6100 N. Baker Road Ste 100A, Glendale, WI 53209, Jonathan Garber at First Person Care Consultant Agency located at 6100 N. Baker Road Ste 100A, Glendale, WI 53209, Ladonna Gentry-Wright, Supervisor, at First Person Care Consultant Agency, located at 6100 N. Baker Road Ste 100A, Glendale, WI 53209, Kim Johnson, Supervisor at First Person Care Consultant Agency located at 6100 N. Baker Road Ste 100A, Glendale, WI 53209,  Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section (Division of Medicaid Services) located at 1 West Wilson Street, P.O. Box 7851, Madison, WI 53707-7851 and MetaStar located at 2909 Landmark Place #300, Madison, WI 53717 for the following:

<u>Trial By Jury Demanded</u>

Pursuant to Article 3 § 2, clause #1, of the U.S. Constitution, Article 1, Section 5 of the Wisconsin Constitution the Plaintiff demand a Trial By Jury of (6) and pursuant to this the Court shall extend it's - Judicial Powers – over all Civil and Criminal matters arising under the laws of this land and Constitution.

FACTS

1). The Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent deprived CARL L. HULON JR [IRIS PARTICIPANT] of Routine Supportive Home Care (SHC) services that is needed to assist Carl L. Hulon Jr with his activities of daily living skills and instrumental activities of daily living skills and by doing so the Wisconsin

4

Department of Health Services et al., has engaged within the acts to deprive Carl L. Hulon Jr [IRIS Participant} of the services needed to assist him on a day-to-day basis.

2). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] is denied the same services as another IRIS Participant in the same IRIS Program in which who is receiving twenty-four-hour routine supportive hour care services and IRIS Annual Budget exceeds $25K.

3). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services "Government Agencies" et al., herein acted arbitrarily, willfully and in bad faith neglected to collaborate with Patrice Hulon, IRIS Representative, to address and resolve Patrice Hulon "Identified Concerns" within her grievance on May 20, 2020.

4). It is also Patrice Hulon, IRIS Representative, position that on September 26, 2022, I, Patrice Hulon, was informed by Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency that Advocates4U Consultant Agency went into the "System" and changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" Routine Supportive Home Care (SHC) employee to a "Non-Live-In" Routine Supportive Home Care (SHC) employee.

5). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency went into the "System" and changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" Routine Supportive Home Care (SHC) employee to a "Non-Live-In" Routine Supportive Home Care (SHC) employee and deceive Carl Sr of the "NON-Live-In" OVERTIME PAY" he is rightfully entitled to without Patrice Hulon, IRIS Representative, knowledge and consent.

6). It is Patrice Hulon, IRIS Representative, position that employee's at Advocates4U Consultant Agency et al, herein acted arbitrarily, willfully and in bad intent conspired to go into the Wisconsin Department of Health Services designed system and make changes to Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023 Individual Support and Service Plan without Patrice Hulon, IRIS Representative, knowledge and consent.

7). It is Patrice Hulon, IRIS Representative, position that Salitha Blair, IRIS Consultant, at Advocates4U Consultant Agency et al, herein acted arbitrarily, willfully and in bad intent conspired to fraudulently obtain Patrice Hulon, IRIS Representative signature on Carl L. Hulon Jr [IRIS Participant] 2020-2021 and 2021-2022 Individual Support and Service Plans and thereafter.

8). It is Patrice Hulon, IRIS Representative, position that an employee at Advocates4U Consultant Agency et al, herein acted arbitrarily, willfully and in bad intent neglected to inform Patrice Hulon, IRIS Representative, of the changes made to Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023 Individual Support and Service Plan as a deliberate, malicious and intentional attempt to deny, refuse and deprive Carl L. Hulon Jr [IRIS Participant] of the Routine Supportive Home Care services needed to assist him with his activities of daily living skills and instrumental activities of daily living skills on a day-to-day basis.

9). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, have SELF-DIRECTED Carl L. Hulon Jr [IRIS Participant] Individual Support and Service Plans since April 2018 to present and as Carl L. Hulon Jr's Mother, Advocate, Legal Guardian and IRIS Representative it is my duty, obligation and responsibility to ensure that Carl L. Hulon Jr receive the needed

6

Routine Supportive Home Care services to assist him with his activities of daily living skills and instrumental activities of daily skills on a day-to-day basis.

10). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to provide Carl L. Hulon Jr [IRIS Participant] Routine Supportive Home Care hours to assist him with activities of daily living skills and instrumental activities of daily living skills from 1:30 PM-3:15PM and 5:50 PM to 10:30 PM.

11). It is Patrice Hulon, IRIS Representative, position that Patrice Hulon have repeatedly stated to Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency that Carl L. Hulon Jr [IRIS Participant] 2021-2022 and 2022-2023 Individual Support and Service Plans do not meet his needs to assist him with his activities of daily living skills and instrumental activities of daily living skills.

12). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al, has adopted a practice to decrease Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023 Long-Term Care Functional Screen Annual Budget deprive Carl L. Hulon Jr [IRIS Participant] of the Supportive Home Care services needed to assist him with his activities of daily living skills and instrumental activities of daily living skills.

13). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] needs more assistance with Routine Supportive Home Care (SHC) hours than Personal Care (PC) hours.

7

14). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., view Carl L. Hulon Jr [IRIS Participant] as a dollar sign and a piece of paper instead of a disabled human being needing assistance with his activities of daily living skills and instrumental activities of daily living skills on a day-to-day basis.

15). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, requested additional supportive home care hours for Carl L. Hulon Jr [IRIS Participant] to meet his daily needs in which the Wisconsin Department of Health Services et al., has denied Carl L. Hulon Jr hours to assist him with his increased seizure activity, increased combative behaviors and safety incidents.

16). It is Patrice Hulon, IRIS Representative, position that I am a participant in the same IRIS Program as my son Carl L. Hulon Jr [IRIS Participant] I have assisted Carl L. Hulon Jr with needed supportive home care services and personal care services due to there is no one available to assist and I have reported this information to Caitlin Connelly, Virginia Garcia and through the Wisconsin Department of Health Services "Grievance Process".

Information Received From Supervisor

17). It is Patrice Hulon, IRIS Representative, position that Travis Wick, Supervisor, at First Person Care Consultant Agency informed Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr [IRIS Participant] participant-hired workers is not being paid adequately and Carl L. Hulon Jr [IRIS Participant] treatment plan "Individual Support and Service (ISSP)" has a number of errors in which I brought this information to the attention of the Wisconsin Department of Health Services through the grievance process on May 28, 2020 and the Wisconsin Department of

Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to respond my grievance.

## 2020-2021-MetaStar Grievance

18). It is Patrice Hulon, IRIS Representative, position that on May 28, 2020, I, Patrice Hulon, filed a grievances with dhsirisgrievances@dhs.wisconsin.gov at 9:37 PM and 11:24 PM against First Person Care Consultant Agency via email with in which states that "On April 17, 2020, Travis, Supervisor, at First Person Care Consultant Agency informed Patrice Hulon, IRIS Representative that CJ's participant hired workers never received their allotted overtime pay and CJ's treatment plan has a number of errors". However, Patrice Hulon, IRIS Representative, grievance was ignored by the Department of Health Services.

19). It is Patrice Hulon, IRIS Representative, position that I filed (2) separate grievances against First Person Care Consultant Agency via email at dhsirisgrievances@dhs.wisconsin.gov and both grievances were ignored by the Wisconsin Department of Health Services et al, on May 28, 2020.

## "SYSTEM"

20). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and bad faith with malice and intent adopted a practice that allow its employee(s) to go into the "SYSTEM" and make changes to Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Services Plans without Patrice Hulon Knowledge and consent.

21). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent adopted a practice that allow its employee(s) to go into "SYSTEM" and changed Carl L. Hulon Sr [Participant-Hired Worker] from a "Non-Live-In" employee to a "Live-In" employee and from a "Live-In" employee to a "Non-Live-In" employee on several occasions to deceive Carl Sr of the "Non-Live-In" "OVERTIME PAY" he was rightfully entitled to.

22). It is Patrice Hulon, IRIS Representative, position that an employee at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to authorize Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) and Overtime Respite In Other Setting (Respite Care) hours in Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan from August 16, 2020 to April 30, 2021.

23). It is Patrice Hulon, IRIS Representative, position that an employee at Advocates4U Consultant Agency went into the "SYSTEM" herein acted arbitrarily, willfully and in bad faith with malice and intent authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan from April 23, 2021 to April 30, 2021 without Patrice Hulon knowledge and consent.

24). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care

(SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan on May 1, 2022 without Patrice Hulon Knowledge and consent.

25). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency went into the "SYSTEM" and unauthorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan on May 1, 2021 without Patrice Hulon, IRIS Representative, knowledge and consent.

26). It is Patrice Hulon, IRIS Representative, position that an employee at First Person Care Consultant Agency went into the "SYSTEM" and herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to make the following changes in Carl L. Hulon Jr {IRIS Participant] 2018-2019 Individual Support and Service Plan:

- Routine Supportive Home Care "Non-Live-In" [May 7, 2018 -November 3, 2018]

- Respite in Participants Home "Live-In" [May 7, 2018 -November 3, 2018]

- Routine Supportive Home Care "Live-In" [November 4, 2018-April 30, 2019]

- Respite in Participants Home "Live-In" [November 4, 2018-April 30, 2019]

- Respite In Other Setting "Non-Live-In" [April 7, 2019-April 13, 2019]

27). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein arbitrarily, willfully and in bad faith with malice and intent went into the "SYSTEM" and fraudulently changed Carl L. Hulon Sr [Participant Hired Worker] from a 'Non-Live-In" Routine Supportive Home Care (SHC) employee to a 'Live-In" Routine Supportive Home Care (SHC) employee from November 4, 2018 to April 30, 2019.

11

28). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein arbitrarily, willfully and in bad faith with malice and intent went into the "SYSTEM" and changed Carl L. Hulon Sr [Participant Hired Worker] from a "Non-Live-In' Respite In Participant employee to a "Live-In" Respite In Participant Home employee from May 7, 2018 to April 30, 2019.

29). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to compensate Carl L. Hulon Sr [Participant-Hired Worker] the "Non-Live-In" "OVERTIME PAY" he was rightfully entitled to from May 7, 2018 to May 27, 2020.

30). It is Patrice Hulon, IRIS Representative, position that Sherlyn Howe, IRIS Consultant, at TMG Consultant Agency went into the "SYSTEM" and made changes to Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan from May 27, 2020 to August 15, 2020 without Patrice Hulon, IRIS Representative, knowledge and consent.

- Changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" Respite In Other Setting employee to a Respite In Other Setting "Non-Live-In" employee [May 28, 2020-August 15, 2021].
- Changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" Routine Supportive Home Care employee to a Routine Supportive Home Care "Non-Live-In" employee [May 28, 2020-August 15, 2021].

31). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency went into the "System" and made changes to Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual

12

Support and Service Plan from August 16, 2020 to April 30, 2021 without Patrice Hulon, IRIS

Representative, knowledge and authorized consent.

- Changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" employee Respite In Other Setting to a Respite In Other Setting "Non-Live-In" employee [August 16, 2020-April 30, 2021].

- Changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" Routine Supportive Home Care employee to a Routine Supportive Home Care "Non-Live-In" employee [August 16, 2020-April 30, 2021].

32). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., has herein acted arbitrarily, willfully and in bad faith with malice and intent adopted a practice that its employee's at First Person Care Consultant Agency is permitted to go into the "SYSTEM" and change Carl L. Hulon Sr [Participant Hired Worker] from a "Non-Live-In" Respite In Participant Home employee to a "Live-In" Respite In Participant Home employee from May 7, 2018 to May 27, 2020 deceive Carl L. Hulon Sr [Participant Hired Worker] of the "Non-Live-In" OVERTIME PAY" he is rightfully entitled to.

33). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent went in the "SYSTEM" in 2020 and changed Carl L. Hulon Sr [Participant Hired Worker] from a Routine Supportive Home Care (SHC) "Live-In" employee to a Routine Supportive Home Care (SHC) "Non-Live-In" employee and Respite In Participant Home (Respite Care) "Live-In" employee to a Respite In Other Setting (Respite Care) "Non-Live-In" employee in which Carl L. Hulon Jr 2020-2021 Annual

Budget was not allocated to compensate Overtime Routine Supportive Home Care hours and Overtime Respite in Other Setting hours and therefore, Advocates4U Consultant Agency had a duty and obligation to submit a 2020-2021 Budget Amendment Request to ensure that Carl L. Hulon Jr [IRIS Participant] 2020-2021 Annual Budget would compensate Carl L. Hulon Sr [Participant-Hired Worker] for "Non-Live-In" "Overtime Pay" for services rendered and therefore, Advocates4U Consultant Agency caused the unforeseen event to date.

34). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., had knowledge of this unforeseen event in 2020 and herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, and take the necessary steps rectify the situation.

<u>2020-2021-Individual Support and Service Plan</u>

35). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to authorized Carl L. Hulon Sr [Participant Hied Worker] Overtime Respite in Other Setting (Respite Care) hours in Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan from May 28, 2020 to April 30, 2021 in which Carl L. Hulon Jr [IRIS Participant] 2020-2021 Annual Budget was not allocated to offset the Overtime Respite in Other Setting (Respite Care) hours.

36). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent has adopted a practice that Patrice Hulon, IRIS Representative sign blank Individual Support and Service Plan (ISSP) signature pages and the IRIS Consultant apply a date to the ISSP signature page to the

14

documents at hand as a deliberate, malicious and intentional act as if Patrice Hulon, IRIS Representative, authorized the changes made to Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan.

37). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent has adopted a practice that Salitha Blair, IRIS Consultant, at Advocates4U Consultant Agency don't sign and date Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan on February 19, 2021 in which is protocol and procedure for both Carl L. Hulon Jr IRIS Representative and IRIS Consultant to sign and date the ISSP.

38). It is Patrice Hulon, IRIS Representative, position that on February 19, 2021, Salitha Blair, IRIS Consultant, at Advocates4U Consultant Agency requested that Patrice Hulon sign (2) blank signature pages for Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Chamiy'e L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support Service Plan AND (1) Emergency Backup Plan blank signature pages. However, Carl L. Hulon Jr and Chamiye's 2020-2021 Individual Support and Service Plan was not attached to the signature page and 2020-2021 Emergency Backup Plan was not attached with the blank signature pages.

39). It is Patrice Hulon, IRIS Representative, position that on February 19, 2021, Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent fraudulent obtain Patrice Hulon signature on Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan blank signature page.

40). It is Patrice Hulon, IRIS Representative, position that on February 19, 2021, Salitha Blair, IRIS Consultant, at Advocates4U Consultant Agency instructed Patrice Hulon to sign the document and not date the document and Salitha Blair stated that she would date the document.

41). It is Patrice Hulon, IRIS Representative, position that on February 19, 2021, Salitha Blair, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to verify that Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan was approved with her signed signature and date.

42). It is Patrice Hulon, IRIS Representative, position that it is protocol that when the IRIS Consultant complete a ninety-day on-sight home visit, the IC and Participant and/or IRIS Representative reviews the Individual Support and Service Plan prior to both sign and date the ISSP signature pages.

43). It is Patrice Hulon, IRIS Representative, position that on February 21, 2021, I sent Salitha Blair, IRIS Consultant, at Advocates4U Consultant Agency a Null and Void letter due to Salitha Blair request that I sign a blank ISSP for Carl L. Hulon Jr [IRIS Participant] and Chamiy'e L. Hulon [IRIS Participant] without a signature date and without CJ and Chamiye's 2020-2021 Individual Support and Service Plan attached to the blank ISSP signature page.

44). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and bad faith with malice and intent conspired to obtain documents in their possession that I, Patrice Hulon, IRIS Representative, did not sign and date.

16

45). It is Patrice Hulon, IRIS Representative, position that on February 19, 2021, Salitha Blair, IRIS Consultants, at Advocates4U Consultant Agency et al herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to go into the "System" and make changes on Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan as if the changes were made by Patrice Hulon, IRIS Representative.

46). It is Patrice Hulon, IRIS Representative, position that the Department of Health Services et al., has adopted a practice to have its IRIS Consultant complete a ninety-day on-sight home visit with Patrice Hulon, IRIS Representative, and fraudulent obtain Patrice Hulon, IRIS Representative, signature upon leaving Patrice Hulon home.

47). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to authorize Carl L. Hulon Sr [Participant Hired Worker] "Non-Live-In" Overtime Routine Supportive Home Care (SHC) hour and "Non-Live-In" Overtime Respite In Other Setting (Respite Care) hours in Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan to compensate Carl L. Hulon Sr [Participant Hired Worker] the "Non-Live-In" OVERTIME PAY" that Carl L. Hulon Sr is rightfully entitled to.

48). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan from April 23, 2021 to April 30, 2021 in which Carl L. Hulon Jr {IRIS Participant] 2020-2021 Annual Budget is not

17

allocated to compensate Overtime Routine Supportive Home Care (SHC) hours without Patrice Hulon knowledge and consent.

<u>2021-2022 Individual Support and Service Plan</u>

49). It is Patrice Hulon, IRIS Representative, position that on <u>May 1, 2021</u>, I, Patrice Hulon, did not authorize the changes made to Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan.

50). It is Patrice Hulon, IRIS Representative, position that on <u>May 1, 2021</u>, Advocates4U Consultant Agency authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours [32.5 hours at $22.50 per hour and $43, 135.71 Total Service Amount in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan without Patrice Hulon, IRIS Representative, knowledge and consent.

51). It is Patrice Hulon, IRIS Representative, position that on <u>May 1, 2021</u>, I, Patrice Hulon, did not (un)authorize the changes made to Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan.

52). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and bad faith with malice and intent made changes to Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan without Patrice Hulon, IRIS Representative, knowledge and consent.

53). It is Patrice Hulon, IRIS Representative, position that on <u>May 1, 2021,</u> Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent

authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Respite in Other Setting (Respite Care) hours in Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan in which Carl L. Hulon Jr [IRIS Participant] 2021-2022 Annual Budget was not allocated to offset the Overtime Respite in Other Setting (Respite Care) hours.

54). It is Patrice Hulon, IRIS Representative, position that on May 1, 2021, I, Patrice Hulon, did not authorize the changes made to Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan.

55). It is Patrice Hulon, IRIS Representative, position that on May 1, 2021, Advocates4U Consultant Agency increased Carl L. Hulon Jr [IRIS Participant] 2021-2022 Annual Budget from $82, 564.32 to $125, 425.37.

56). It is Patrice Hulon, IRIS Representative, position that on May 1, 2021, Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to unauthorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours [0 hours] [$0.00 per hour] [$ $0.00 Total Service Amount] in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan However, it is Patrice Hulon, IRIS Representative, position that Premier Financial Management Services informed Patrice Hulon of said changes on April 1, 2022.

57). It is Patrice Hulon, IRIS Representative, position that on June 2, 2021, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency stated to Patrice Hulon that there was a decrease in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Long-Term Care Functional Screen and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with

malice and intent neglected to provide Patrice Hulon, IRIS Representative, documentation (Notice of Action letter) of said decrease. However, Carl L. Hulon Jr 2021-2022 Individual Support and Service Plan modified on June 6, 2021 in which documents an IRIS Plan Authorization Amount of $125, 425.37.

58). It is Patrice Hulon, IRIS Representative, position that on June 4, 2021, Salitha Blair sent Patrice Hulon, IRIS Representative [2] 2021-2022 Individual Support and Service Plan blank signature pages without the ISSP Plan not attached to the signature pages and [1] Emergency Backup Plan without the Emergency Backup Plan not attached to the signature page via USPS in which has been a repeated attempt to have Patrice Hulon, IRIS Representative, sign Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan and Emergency Backup Plan attached.

59). It is Patrice Hulon, IRIS Representative, position that I repeatedly stated to Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency that I, Patrice Hulon, am not signing nothing that I am not in agreement with via email and phone conversation and therefore, Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent fraudulent used my signature on Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plans without Patrice Hulon knowledge and consent from May 1, 2021 to April 30, 2022.

60). It is Patrice Hulon, IRIS Representative, position that on June 6, 2021, I, Patrice Hulon, submitted a 2021-2022 Budget Amendment Request on behalf of Carl L. Hulon Jr [IRIS Participant] and on the exact same day Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual

20

Support and Service Plan, plan modified an authorized annual budget increase amount of $43, 135.71.

61). It is Patrice Hulon, IRIS Representative, position that on June 6, 2021, an employee at Advocates4U Consultant Agency made the following adjustments to Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan without Patrice Hulon knowledge and consent.

62). Carl L. Hulon Jr Individual Support and Service Plan Year: May 1, 2021-April 30, 2022

- Date Plan Modified: June 6, 2021

- IRIS Annual Budget Amount: $82,564.32

- IRIS Total Annual Budget Amount: $82,564.32

- IRIS Authorization Amount:  $125,425.37.

63). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, was not informed of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Annual Budget Amount increase of $125, 425.71.

64). It is Patrice Hulon, IRIS Representative, position that on November 9, 2022 Advocates4U Consultant Agency went into the "System" and made changes to Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan without Patrice Hulon, IRIS Representative knowledge and consent.

65). Carl L. Hulon Jr Individual Support and Service Plan Year: May 1, 2021-April 30, 2022

- Date Plan Modified: November 29, 2021

- IRIS Annual Budget Amount: $82,564.32

- IRIS Total Annual Budget Amount: $82,564.32

- IRIS Authorization Amount:  $125,425.37

66). It is Patrice Hulon, IRIS Representative, position that Premier Financial Management Services compensated Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours from Carl L. Hulon Jr [IRIS Participant] 2021-2022 Annual Budget in which Carl L. Hulon Jr 2021-2022 Annual Budget was not allocated to offset the Overtime Routine Supportive Home Care (SHC) hours.

<u>2021-2022 Budget Amendment Request</u>

67). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, submitted a 2021-2022 Budget Amendment Request on June 6, 2021 and Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request was approved according to Carl L. Hulon Jr "IRIS PLAN AUTHORIZATION AMOUNT of $125,425.37 in which was modified on June 6, 2021 as well.

68). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency approved Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request in the amount of $43, 135.71 in Carl L. Hulon Jr 2021-2022 Individual Support and Service Plan, date plan modified on June 6, 2021.

69). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency et al never required that Patrice Hulon, IRIS Representative, submit a Caregiver Task List on behalf of Carl L. Hulon Jr [IRIS Participant] from June 6, 2021 to April 30, 2022 for the approval of CJ's 2021-2022 Budget Amendment Request.

70). It is Patrice Hulon, IRIS Representative, position that there was no need for a Caregiver Task List for the approval of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request on June 6, 2021.

71). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request was under review for approximately twelve-months.

72). It is Patrice Hulon, IRIS Representative position that Caitlin Connelly, Operations Manager at Advocates4U Consultant Agency stated to Patrice Hulon via email dated November 22, 2021 that states "I have a response regarding the budget amendment now. It has not been approved yet as they would like an answer to the following: Is there any plan to bring on other workers to help reduce the need for overtime?"

73). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager at Advocates4U Consultant Agency stated to Patrice Hulon via email dated February 23, 20222, that states "For the budget amendment, do you have any plan on bringing on other works to help reduce the need for overtime?"

74). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment was not approved due to non-completion of the SDPC Assessment and non-submission of the Caregiver Task List from July 2021 to April 30, 2022.

75). It is Patrice Hulon, IRIS Representative position that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment was not approved because I, Patrice Hulon, did not plan on bringing on other workers to help reduce the need for overtime.

23

76). It is Patrice Hulon, IRIS Representative, position that on April 1, 2022, Premier Financial Management informed Patrice Hulon that Advocates4U Consultant Agency unauthorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours in Carl L. Hulon [IRIS Participant] 2021-2022 Individual Support and Service Plan on May 1, 2021.

77). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to send Patrice Hulon a Notice of Action letter regarding the results of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Review.

78). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services Budget Review committee herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to complete Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request examination within the scheduled timeframe from June 2021 to April 2022.

79). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency knew or had the duty to know that a 2021-2022 Budget Amendment Request was needed to prevent the depletion of Carl L. Hulon Jr 2021-2022 Annual Budget and to offset the approved Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan to ensure that Carl L. Hulon Sr [Participant Hired Worker] were compensated for services rendered.

### 2022-2023 Individual Support and Service Plan

80). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected activate Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan on May 1, 2022.

81). It is Patrice Hulon, IRIS Representative, position that on May 2, 2022, I, Patrice Hulon, IRIS Representative, received a text message from a superior at Advocates4U Consultant Agency while in the mist of trying to find out why Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan was not active in which stated, "Girl she is still complaining."

82). It is Patrice Hulon, IRIS Representative, position that on May 4, 2022. Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency stated to Patrice Hulon that "depending on the results of Carl L. Hulon Jr "CJ" [IRIS Participant] 2022-2023 Long-Term Care Function Screen she may have to revisit "CJ's" last year's, "2021-2022" Budget Amendment."

83). It is Patrice Hulon, IRIS Representative, position that on May 6, 2022, Caitlin Connelly, Operations Manager, Advocates4U Consultant Agency activated Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

84). It is Patrice Hulon, IRIS Representative, position that on May 6, 2022, I, Patrice Hulon, assumed that there were no changes made to Carl L. Hulon Jr [IRIS Representative] 2022-2023 Individual Support and Service Plan on May 6, 2022. I, Patrice Hulon. IRIS Representative did not authorize Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

85). It is Patrice Hulon, IRIS Representative, position that Patrice Hulon submitted a 2022-2023 Budget Amendment Request for both Carl L. Hulon Jr and Chamiy'e L. Hulon on May 13, 2022.

86). It is Patrice Hulon, IRIS Representative, position that on May 1, 2022, Advocates4U Consultant Agency et al herein acted arbitrarily, willfully and in bad faith with malice and intent conspired and neglected to activate Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

87). It is Patrice Hulon, IRIS Representative, position that on May 6, 2022, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency activated Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

88). It is Patrice Hulon, IRIS Representative, position that on May 6, 2022, Advocates4U Consultant Agency et al herein acted arbitrarily, willfully and in bad faith with malice and intent authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service.

89). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency come out to Patrice Hulon home to complete Carl L. Hulon Jr [IRIS Participant] ninety-day on-sight home visit and there was a disagreement regarding Carl L. Hulon Sr [Participant Hired Worker] Routine Supportive Home Care (SHC) hours so I called Caitlin Connelly on speaker phone.

90). It is Patrice Hulon, IRIS Representative, position that Plan on May 20, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency and Patrice Hulon did not discuss making changes to Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service.

91). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency and Patrice Hulon, did not discuss authorizing

Carl L. Hulon Sr [Participant Hired Worker] Routine Supportive Home Care (SHC) hours [40 hours at $15.75 per hour] and Overtime Routine Supportive Home Care (SHC) hours [26 hours at $23.63 per hour] in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

92). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent made changes to Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan after Virginia Garcia, IRIS Consultant, at Avocates4U Consultant Agency left Patrice Hulon home.

93). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to go into the "System" and make changes on Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan as if the changes were made by Patrice Hulon, IRIS Representative.

94). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency stated to Patrice Hulon that "Out of all of her participants I am the only one that Advocates4U gives the hardest time".

95). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, believe Virginia Garcia statement to be true due to ever since Carl L. Hulon Jr [RIS Participant] and Patrice Hulon, IRIS Representative, has been enrolled with Advocates4U Consultant Agency I, Patrice Hulon, have continuously been met with roadblocks while trying to get Carl L. Hulon Jr the assistance

27

needed with his day-to-day activities in which I have continue to endure problems after problems.

96). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to go into the "System" and make changes on Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan as if the changes were made by Patrice Hulon, IRIS Representative.

97). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad intent neglected to inform Patrice Hulon that Advocates4U was authorizing Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours (SHC) in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

98). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Patrice Hulon did not discuss making changes to Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

99). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Patrice Hulon, did not discuss authorizing Carl L. Hulon Sr [Participant Hired Worker] Routine Supportive Home Care (SHC) hours [40 hours at $15.75 per hour] and Overtime Routine Supportive Home Care (SHC) hours

[26 hours at $23.63 per hour] in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

100). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, after I spoke with Connelly, Operations Manager, at Avocates4U Consultant Agency via phone conversation, Caitlin herein acted arbitrarily, willfully and in bad faith with malice and intent went into the "System" and made changes to Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

98). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, I, Patrice Hulon, never would have knowingly authorized the approval of Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Services Plan.

99). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Caitlin Connelly and Virginia Connelly both at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to entrap Patrice Hulon, IRIS Representative, to authorize Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan within the 2022-2023 available budget.

100). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Advocates4U Consultant Agency  authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] and the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with

29

malice and intent neglected to require Patrice Hulon, IRIS Representative, submit a Caregiver Task List prior to the approval of the Overtime Routine Supportive Home Care (SHC) hours in Carl Jr 2022-2023 Individual Support and Service Plan.

101). It is Patrice Hulon, IRIS Representative, position that on May 20, 2022, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency herein acted arbitrarily, willfully, and in bad faith with malice and intent conspired to authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours and Caitlin Connelly herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, the decrease in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen.

102). It is Patrice Hulon, IRIS Representative, position that Penny Bartelt, CAPSW, MSW at MetaStar, Inc. informed Patrice Hulon, IRIS Representative, via a letter dated June 3, 2022 that a Budget Amendment in June 2021 was never submitted and Penny also states that it is now June 2022 and a new budget amendment will need to be submitted for the next plan year.

103). It is Patrice Hulon, IRIS Representative, position that on June 23, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr [IRIS Participant] received an Annual Budget amount increase from $6880.36 to $7224.38 and therefore, Virginia Garcia and Patrice Hulon discussed submitting Jaylen Goldens background paperwork into Premier Financial Management Services to start working for Carl L. Hulon Jr [IRIS Participant].

104). It is Patrice Hulon, IRIS Representative, position that on <u>July 7, 2022</u>, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative, via text message that Carl L. Hulon Jr [IRIS Participant] received an Annual Budget increase amount from $6880.36 to $7224.38.

105). It is Patrice Hulon, IRIS Representative, position that on <u>August 8, 2022</u>, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr [IRIS Participant] received an Annual Budget amount increased from $6880.36 to $7224.38.

106). It is Patrice Hulon, IRIS Representative, position that on <u>August 12, 2022</u>, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative, that "Carl L. Hulon Jr [IRIS Participant) received an Annual Budget amount increase from $6880.36 to $7224.38"

107). It is Patrice Hulon, IRIS Representative, position that on <u>August 26, 2022</u>, a representative from MetaStar stated to Patrice Hulon that "there is only one Budget Amendment in the system."

108). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to adjust Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen IRIS Monthly Budget increase amount from $6880.36 to $7224.38 prior to August 31, 2022.

109). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at

31

Advocates4U Consultant Agency herein acted in arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen IRIS Monthly Budget Amount exceeded $6893.89 prior to August 31, 2022.

110). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, IRIS Consultant, at Advocates4U Consultant Agency knew or had the duty to know that the total cost of the Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan would exceed the approved 2022-2023 Annual Budget amount once Advocates4U Consultant Agency authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan. Also, Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, of such changes prior to August 31, 2022.

111). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted in arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon that there here was a decrease in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen IRIS Monthly Budget Amount prior to August 31, 2022.

112). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith

32

with malice neglected to inform Patrice Hulon, IRIS Representative that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget was negative $15k prior to August 31, 2022.

113). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget was out of budget prior to August 31, 2022.

114). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to submit a 2022-2023 Budget Amendment Request to the Wisconsin Department of Health Services to prevent the depletion of Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget by November 26, 2022 and ensure Carl L. Hulon Sr [Participant Hired Worker] receive the "Non-Live-In" OVERIME PAY" he is rightfully entitled to prior to August 31, 2022.

115). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency never required that Patrice Hulon, IRIS Representative, submit a Caregiver Task List on behalf of Carl L. Hulon Jr [IRIS Participant] for the approval of Carl L. Hulon Jr [IRIS Participant] 2022-2023 Budget Amendment Request from May 1, 2022 to August 31, 2022.

33

116). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to collaborate with Patrice Hulon, IRIS Representative, to get Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget back within budget prior to August 31, 2022.

117). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to submit a 2022-2023 Budget Amendment Request to the Wisconsin Department of Health Services on behalf of Carl L. Hulon Jr [IRIS Participant]  to prevent the depletion of Carl L. Hulon Jr 2022-2023 Annual Budget and to ensure that Carl L. Hulon Sr [Participant Hired Worker] receive the "Non-Live-In" OVERIME PAY" he is rightfully entitled to prior to August 31, 2022.

118). It is Patrice Hulon, IRIS Representative, position that Diana Aguirre, Director, at Advocates4U Consultant Agency and Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to respond to Patrice Hulon, IRIS Representative, concerns regarding Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plans and 2022-2023 Annual Budget prior to August 31, 2022.

119). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to obtain approval from the Wisconsin Department of Health Services for requested additional services needed to assist Carl L. Hulon Jr [IRIS Participant] with his activities of daily living skills and instrumental activities of daily living skills daily prior to August 31, 2022.

120). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to submit a 2022-2023 Budget Amendment Request to the Wisconsin Department of Health Services to prevent the depletion of Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget and to ensure that Carl L. Hulon Sr [Participant Hired Worker] would be compensated for the "Non-Live-In" OVERTIME PAY' Carl Sr is entitled to prior to August 31, 2022.

121). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency et al herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to take the necessary steps to get Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget within budget prior to August 31, 2022.

122). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, had no knowledge of Advocates4U Consultant Agency, Caitlin Connelly and Virginia Garcia deliberate, malicious and intentional actions to authorize Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual

35

Support and Service Plan until Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency informed me on September 26, 2022.

123). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency knowingly knew that authorizing Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours would affect Carl L. Hulon Jr [IRIS Representative] 2022-2023 Annual Budget in which was an attempt by the Wisconsin Department of Health Services et al., to deplete Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget by November 26, 2022.

124). It is Patrice Hulon, IRIs Representative, position that Advocates4U Consultant Agency knew and had the duty to know that once Advocates4U herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to approve Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan that the total cost of Carl L. Hulon Jr 2022-2023 Individual Support and Service Plan will exceed the approval 2022-2023 Annual Budget amount and in doing so Advocates4U Consultant Agency deliberately, maliciously and intentionally caused the unforeseen event and deliberately, maliciously and intentionally caused the depletion of Carl L. Hulon Jr 2022-2023 Annual Budget by November 26, 2022.

125). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, that once Carl L. Hulon Jr [IRIS Participant] 2022-2023

Individual Support and Service Plan was authorized the total cost of the plan will exceed the approved 2022-2023 Annual Budget amount.

126). It is Patrice Hulon, IRIS Representative, position that on September 16, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated that "CJ's BA was reviewed in July 2021 and Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency failed to upload the results of CJ's 2021-2022 Budget Amendment Review in the system."

127). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Consultant Agency stated that Carl L. Hulon Jr [IRIS Participant] "CJ's Budget Amendment Request was withdrawn due to not receiving a Caregiver Task List in June 2021."

128). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Consultant Agency stated to Patrice Hulon that "DHS said that "Advocates4U should not have approved the overtime hours for "CJ" until the budget amendment was not approved due to not receiving a Caregiver Task List."

129). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Consultant Agency stated to Patrice Hulon that "Carl L. Hulon Jr 2022-2023 budget is over $15K negative."

130). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that

"Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request was withdrawn in June 2021 due to not receiving Carl L. Hulon Jr [IRIS Participant] Caregiver Task List."

131). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment was withdrawn in June 2021 due to not receiving a Caregiver Task List.

132). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person, Consultant Agency stated to Patrice Hulon that DHS "said that Advocates4U should not have approved the overtime hours until Carl L. Hulon Jr [IRIS Participant] Budget Amendment was approved due to not receiving the Caregiver Task List in June 2021."

133). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon, IRIS Representative, Brian Dimond, Supervisor, at First Person Care Consultant Agency, Gina Weatherall and Janie McCaa that "CJ's 2021-2022 Budget Amendment was not approved due to there was not a SDPC Assessment completed on CJ and DHS never received a Caregiver Task List and there is not enough money in his plan and as of right now, since there are no approved Budget Amendment right now, CJ is going to run out of money by November 26, 2022."

134). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Brian Dimond, Supervisor at First Person Care Consultant Agency, Patrice Hulon, Gina Weatherall and Janie

38

McCaa that "Carl L. Hulon [IRIS Participant] 2022-2023 Annual Budget was $15k negative and Carl L. Hulon Jr "CJ" [IRIS Participant] is going to run out of money by November 26, 2022."

135). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Brian Dimond, Supervisor, at First Person Care Consultant Agency, Patrice Hulon, Gina Weatherall and Janie McCaa that "Advocates4U Consultant Agency authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours at 40 hours at $15.75 per hour and 26 overtime SHC hours at a pay rate of $23.63 per hour in Carl L. Hulon Jr {IRIS Participant] 2022-2023 Individual Support and Service Plan".

136). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, I, Patrice Hulon, stated to Molly Mowery and Brian Dimond, Gina Weatherall and Janie McCaa that "Advocates4U Consultant Agency authorize Carl L. Hulon Jr [IRIS Participant] Overtime Routine Supportive Home Care hours 32.5 hours at $22.50 per hour and total service amount of $43,137.71 in Carl L. Hulon Jr 2022-2021 Individual Support and Service Plan on May 1, 2021. 2022."

137). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Consultant Agency stated to Brian Diamond, Supervisor, at First Person Care Consultant Agency, Patrice Hulon, Gina Weatherall and Janie McCaa that "Someone went into the "System" and made changes to Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan and changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" employee to a "Non-Live-In" employee in which

39

changed Carl Jr's Routine Supportive Home Care Standard Authorization to authorize Overtime Routine Supportive Home Care in 2020."

138). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, I stated to Molly Mowery, IRIS Consultant, and Brian Dimond, Supervisor, both at First Person Care Consultant Agency, Gina Weatherall and Janie McCaa that Carl L. Hulon Sr [Participant Hired Worker] was never a "Live-In" and all of Carl L. Hulon Sr background paperwork submitted to Premier Financial Management Services states that as such.

139). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Brian Dimond, Supervisor, at First Person Care Consultant Agency stated to Patrice Hulon, Gina Weatherall and Janie McCaa that "Someone, somewhere should have done something about this."

140). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, I, Patrice Hulon, stated to Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency, Brian Dimond, Supervisor, at First Person Care Consultant Agency, Gina Weatherall and Janie McCaa that "on April 1, 2022, Premier Financial Management informed Patrice Hulon, that Avocates4U unauthorized Carl L. Hulon Jr "CJ" [IRIS Participant] Overtime Routine Supportive Home Care hours on May 1, 2021".

141). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Briand Dimond, Patrice Hulon, Gina Weatherall and Janie McCaa that "Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request was submitted on June 6, 2021 or June 10, 2021."

142). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, I, Patrice Hulon, stated to Molly Mowery, IRIS Consultant, at First Person Consultant Agency, Brian Dimond, Supervisor, at First Person Care Consultant Agency, Patrice Hulon, Gina Weatherall and Janie McCaa that I was not informed that Advocates4U Consultant Agency authorized Carl L. Hulon Sr [Participant Hied Worker] Overtime Routine Supportive Home (SHC) hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

143). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery and Brain Dimond both at Fist Person Care Consultant Agency stated to Patrice Hulon, Gina Weatherall and Janie McCaa that the "Budget Amendment Request was needed to prevent the depletion of Carl L. Hulon Jr [IRIS Participant] 2020-2023 Annual Budget by November 26, 2022."

144). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to deny Carl L. Hulon Jr [IRIS Participant] 2022-2023 Budget Amendment Review prior to the depletion of Carl Jr 2022-2023 Annual Budget on November 26, 2022.

145). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency knew or had to duty to know that once Advocates4U authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care (SHC) hours in Carl L. Hulon [IRIS Participant] 2022-2023 Individual Support and Service Plan would deplete Carl L. Hulon Jr 2022-2023 Annual Budget by November 26, 2022.

146). It is Patrice Hulon IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Brain Dimond, Supervisor, at First Person Care Consultant Agency, Patrice Hulon, Gina Weatherall and Janie McCaa that "Carl L. Hulon Jr [IRIS Participant] "CJ" previous Emergency Back-Up Plan is not accurate and effective due to Advocates4U did not have all the requirements that "we needed."

147). It is Patrice Hulon, IRIS Representative, position that on September 28, 2022, Brian Dimond, Supervisor, at First Person Care Consultant Agency stated to Patrice Hulon that "the Budget Amendment was never submitted to DHS."

148). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency knew or had the duty to know that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget was not allocated to compensate for Overtime Routine Supportive Home Care (SHC) hours in which Advocates4U Consultant Agency had the duty and obligation to submit a 2022-2023 Budget Amendment Request to the Wisconsin Department of Health Services and as a result of Advocates4U actions Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget being in jeopardy.

149). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent knew or had the duty to know that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget was not allocated to compensate Carl L. Hulon Sr [Participant Hired Workers] Overtime Routine Supportive Home Care hours from May 1, 2022 to April 30, 2023 when Advocates4U Consultant Agency authorized Carl L. Hulon Sr Overtime Routine Supportive Home Care (SHC) hours.

42

## 2021-2022 Budget Amendment Request Education

150). It is Patrice Hulon, IRIS Representative, position that Advoctes4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to educate Patrice Hulon on the 2021-2022 and 2022-2023 Budget Amendment Request process and require Patrice Hulon sign the Department of Health Services/Division of Medicaid Form-F01205B (03/2017) IRIS Participant Education-Budget Amendments.

151). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that "Jonathan Garber will be contacting Patrice Hulon to complete the Budget Amendment Education Form in which no one from First Person Care Consultant Agency contacted Patrice Hulon via, email, phone, text or USPS to assist her with the Budget Amendment Request process."

## Request For Additional Routine Supportive Home Care Hours

152). It is Patrice Hulon, IRIS Representative, position that I requested additional Routine Supportive Home Care (SHC) hours is ensure that Carl L. Hulon Jr [IRIS Participant] receive the assistance CJ needs with his to activities of daily living skills and instrumental activities of daily living skills daily and to prevent Patrice Hulon, IRIS Representative, from injuring herself.

153). It is Patrice Hulon, IRIS Representative, position that on May 4, 2022, I, Patrice Hulon, fallen down the basement stairs and cracked my bone in my left foot while assisting Carl L. Hulon Jr [IRIS Participant] with his supportive home care needs in which Advocates4U Consultant has continuously deprived Carl L. Hulon Jr of the needed additional supportive home

43

care hours. However, Patrice Hulon, reported the incident to the SDPC Nurse Pat Olmstead and Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency.

154). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] Epilepsy Neurologists provided two letters requesting additional needed supportive home care hours and respite care hours to assist CJ with his Epilepsy Seizure Disorder and Autism, however, Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to not comply with CJ's Epilepsy Neurologist request for increased supportive home care hours and respite care hours in which the need for the additional hours would have prevented Patrice Hulon, IRIS Representative, injury.

155). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] has an Epilepsy Seizure Disorder, Autism and other severe long-term disabilities in which there is a need for additional supportive home care services to assist him daily.

156). It is Patrice Hulon, IRIS Representative, position that Patrice Hulon identified a change in condition pertaining to Carl L. Hulon Jr RRIS Participant] increased epilepsy seizure activity, escalated aggressive behaviors and safety incidents and Caitlin Connelly stated that I, Patrice Hulon, need to submit a letter from CJ's Epilepsy Neurologist.

157). It is Patrice Hulon, IRIS Representative, position that it is standard protocol that I must obtain a letter for Carl L. Hulon Jr "CJ" {IRIS Participant] Epilepsy Neurologist due to increased seizure activity, increased aggressive behaviors and safety issues.

158). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] Epilepsy Neurologist decreased one of CJ's "Rescue Medications", Clonazepam, due to the

45

severity of the side effects in which the Neurologist explained an increase in Abscess Seizure Activity in which could trigger a Grand Mal Seizure and increased aggressive behaviors.

159). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] diagnoses affect his ability to complete ADLs and IADLs and this should be represented in the LTC FS.

160). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr Epilepsy Neurologist(s) recommend that he receives (24-hour) care for supportive home care and respite care.

160). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to send Carl L. Hulon Jr [IRIS Participant] letters from his Epilepsy Neurologist's, Dr. Nicole Lawson at the Mayo Clinic in Rochester, MN dated April 11, 2022 and Dr. Evelyn C. Tunnell, MD at the UW Hospital and Clinic dated May 5, 2022 was not in Carl L. Hulon Jr [IRIS Participant] file when his file was transferred to First Person Care Consultant Agency on September 1, 2022.

161). It is Patrice Hulon, IRIS Representative, position that on August 12, 2022, Patrice Hulon, IRIS Representative, stated to Caitlin Connelly, IRIS Representative, at Advocates4U Consultant Agency that Carl L. Hulon Jr "CJ" [IRIS Participant] that there has been an increase seizure activity, escalated aggressive behavioral episodes and safety incidents in which CJ needs assistance with supportive home care and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to approve Carl L. Hulon Jr

[IRIS Participant) additional twenty-five Supportive Home Care hours from 1:30 PM to 3:15 PM and 5:15 PM to 10:45 PM prior to August 31, 2022.

162). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., has adopted a practice that Patrice Hulon must step in and provide "Natural Support" services for Carl L. Hulon Jr [IRIS Participant] from 1:30 PM-3:15 PM and 5:15 PM to 10:45 PM to assist Carl Jr with supportive home care and personal care services to save monies in CJ's 2022-2023 Annual Budget.

163). It is Patrice Hulon, IRIS Representative, position that I disagree that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan should be restructured to not need paid services and utilize "Natural Support" services. This is a mere tactic by the Wisconsin Department of Health Services et al., to utilize as an attempt to decrease Carl L. Hulon Jr 2022-2023 Annual Budget amount and a tactic to deny Carl L. Hulon Jr [IRIS Participant] 2022-2023 Budget Amendment Request.

164). It is Patrice Hulon, IRIS Representatives, position that Molly Mowery, IRIS Consultant, at First Person Consultant Agency instructed Patrice Hulon, IRIS Representative, to document CJ's needed cares and whom is providing needed cares and being that I must step in to provide services for CJ as "Natural Support" in which was an attempt to manipulate CJ's Caregiver Task List as such an attempt to make it appear that Carl L. Hulon Jr can rely on "Natural Support" services and refuse to authorize Jaylen Golden work order authorization back to July 11, 2022.

165). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, I, Patrice Hulon, IRIS Representative, stated to Molly Mowery, IRIS Consultant, at First Person Care

Consultant Agency and Brian Dimond, Supervisor, at First Person Care Consultant Agency, Gina Weatherall and Janie McCaa that "CJ" has had an increase seizure activity escalated aggressive and combative behavioral episodes and increased safety incidents CJ needs assistance with supportive home care services at demonstrated periods of throughout the day from 1:30 PM to 3:15 PM and 5:15 PM to 10:45 PM."

166). It is Patrice Hulon, IRIS Representative, position that Molly Mowery, IRIS Consultant, First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to request additional documentation from Patrice Hulon, IRIS Representative, to justify the additional routine supportive home care hours to assist Carl L. Hulon Jr [IRIS Participant] during the Budget Amendment Request Process.

It is Patrice Hulon, IRIS representative, position that Molly Mowery, IRIS Consultant, at Advocates4U Consultant Agency instructed that I, Patrice Hulon, put myself as "Natural Support" on Carl L. Hulon Jr [IRIS Participant] Caregiver Task List as an attempt to manipulate CJ's Caregiver Task List in October 2022.

167). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency was informed by Patrice Hulon that Jaylen Golden had started working for Patrice Hulon prior to August 31, 2022.

168). It is Patrice Hulon, IRIS Representative, position that Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency was informed Patrice Hulon that Julie Bang at Advocates4U Consultant Agency can't back-date Jaylen Golden work order authorization because she does not have access to CJ's file.

47

169). It is Patrice Hulon, IRIS Representative, position that on September 13, 2022, I, Patrice Hulon, informed Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency that Jaylen Golden had started working for Carl L. Hulon Jr [IRIS Participant] and Molly stated that she can back date Jaylen Goldens work order authorization back to September 1, 2022.

170). It is Patrice Hulon, IRIS Representative, position that Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith neglected to backdate Jaylen Golden worker order authorization to September 1. 2022 as instructed by Kristen Dolwick at MetaStar.

171). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency had the authority to backdate Jaylen Golden worker order authorization prior to August 31, 2022 and Caitlin Connelly herein acted arbitrarily, willfully and in bad faith neglected to do so.

172). It is Patrice Hulon, IRIS Representative, position that Molly Mowry, IRIS Consultant, at First Person Care Consultant Agency had the authority to backdate Jaylen Golden worker order authorization on September 1, 2022 and Molly Mowery herein acted arbitrarily, willfully and in bad faith neglected to do so.

173). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] has permanent disabilities that is going to last the duration of his life span and the Wisconsin Department of Health Services et al has adopted a practice to decrease Carl L. Hulon Jr 2020-2021, 2021-2022 and 2022-2023 Long-Term Care Functional Screens annual budget amounts as an attempt to deprive Carl L. Hulon Jr of the services needed to assist him daily.

174). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon reasoning(s) for the decrease in Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023 Long-Term Care Functional Screens budget amounts.

175). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to manipulate Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023. Long-Term Care Functional Screen to suggest that Carl L. Hulon Jr [IRIS Participants] is perceived to be progressing yearly.

176). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., to herein acted arbitrarily, willfully and in bad faith with malice and intent neglect to enter all of Carl L. Hulon Jr [IRIS Participant] relevant information gathered from Patrice Hulon, IRIS Representative, into the Wisconsin Department of Health Services automated eligibility determination system to determine an accurate Long-Term Care Functional Screen logic to assist CJ with his daily needs and provide him with an accurate level of care.

177). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan do not assist Carl L. Hulon Jr [Participant] with the following diagnoses; Epilepsy Seizure Disorder [Grand Mal], Absence Seizure Disorder, Autism, Developmental Learning Disability, Difficulty Comprehending to simple directions,

Short term memory loss, Struggles with concentration and staying on task, Short Attention Span, Moderate Intellectual Disabilities, Memory Problem, Executive Function Deficit, Attention Deficit Hyperactivity Disorder, Dyssomnia, Working Memory Impairment, Other Symptoms and Signs Involving Cognition and Awareness, Deficits in Activities of Daly Living, Obstructive Sleep Apnea is indefinitely and their affects Is attributable to his  mental or physical impairment or a combination of mental and physical impairments.

### 2020-2021 Long-Term Care Functional Screen

178). It is Patrice Hulon, IRIS Representative, position that on May 19, 2021, Julie Brockwell, Long-Term Care Functional Screener, at Advocares4U Consultant Agency, stated to Patrice Hulon that Carl L. Hulon Jr [IRIS Participant] previous LTC FS only had two diagnoses listed, Epilepsy and Autism.

179). It is Patrice Hulon, IRIS Representative, position that Julie Brockwell, Long-Term Care Functional Screen, at Advocates4U Consultant Agency, Referral Date May 19, 2022 Referral Date and [IRIS Budget Determined On: May 28, 2021 was $6,536.99 IRIS Monthly Budget Amount.

### 2022-2023 Long Term Care Functional Screen

180). It is Patrice Hulon, IRIS Representative, position that, on May 2, 2022, Caesar Cruz, Long-Term Care Functional Screener, at Advocates4U Consultant Agency attempted to complete Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen and Carl L. Hulon Jr 2022-2023 Individual Support and Service Plan was not activated on May 1, 2022.

181). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services, Advocates4U Consultant Agency, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to manipulate Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen prior to the activation of Carl L. Hulon Jr 2022-2023 Individual Support and Service Plan on May 6, 2022.

182). It is Patrice Hulon, IRIS Representative, position that on May 25, 2022, I, Patrice Hulon, IRIS Representative, stated to Caesar Cruz, Long-Term Care Functional Screener, at Advocates4U Consultant Agency and Gina Weatherall that CJ's 2020-2023 Individual Support and Service Plan do not support the services he needs to assist him with his activities of daily living skills and instrumental activities of daily living skills on a day-to-day basis.

183). It is Patrice Hulon, IRIS Representative, position that on May 25, 2022, I informed Caesar Cruz that Julie Brockwell stated to "me", Patrice Hulon, that CJ only had (2) diagnoses listed in his 2020-2021 Long-Term Care Functional Screen, Epilepsy and Autism.

184). It is Patrice Hulon, IRIS Representative, position that on May 25, 2022, Caesar Cruz, Long-Term Care Functional Screener, at Advocates4U Consultant Agency completed a Long-Term Care Functional Screen on Carl L. Hulon Jr [IRIS Participant] and Caesar Cruz stated that Patrice Hulon and Gina Weatherall that there will be a change in CJ's functional screen budget amount due to CJ's increased seizure activity, CJ's increased aggressive behavioral triggers and CJ's safety concerns.

51

185). It is Patrice Hulon, IRIS Representative, position that I provided relevant information to Caesar Cruz regarding Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen, the (2) letters from Carl L. Hulon Jr Epilepsy Neurologist's and the statement from Caesar Cruz that there will be a change in CJ's long care functional screen budget amount and CJ's Long-Term Care Functional Screen was decreased and Caitlin Connelly, Virginia Garcia and Caesar Cruz herein acted arbitrarily, willfully and in bad faith neglected to inform Patrice Hulon, IRIS Representative of such changes.

186). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon of the results of Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen prior to August 31, 2022.

187). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to make the necessary adjustments to Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen prior to August 31, 2022.

188). It is Patrice Hulon, IRIS Representative, position that Caesar Cruz, Long-Term Care Functional Screen, at Advocates4U Consultant Agency, [Referral Date May 26, 2022 Referral Date] and [IRIS Budget Determined On: June 20, 2022 was $6,536.99 IRIS Monthly Budget Amount].

189). It is Patrice Hulon, IRIS Representative, position that on June 23, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative,

52

that Carl L. Hulon Jr "CJ" [IRIS Participant] received a budget amount increase from $6,880.86 to $7224.38 via a phone conversation.

190). It is Patrice Hulon, IRIS Representative, position that on July 7, 2022, Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr "CJ" [IRIS Participant] received a budget amount increase from $6,880.86 to $7224.38 via text message.

191). It is Patrice Hulon, IRIS Representative, position that on August 8, 2022, Caitlin Connelly Operations Manager, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr "CJ" [IRIS Participant] received a budget amount increase from $6,880.86 to $7224.38 via phone conversation.

192). It is Patrice Hulon, IRIS Representative, position that on August 12, 2022, Caitlin Connelly Operations Manager, at Advocates4U Consultant Agency stated to Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr "CJ" [IRIS Participant] received a budget amount increase from $6,880.86 to $7224.38 via phone conversation.

193). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to allow Patrice Hulon, IRIS Representative, the opportunity to dispute and request a review of Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023 Long-Term Care Functional Screens.

194). It is Patrice Hulon, IRIS Representative, position that on October 13, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant stated to Patrice Hulon, IRIS Representative,

that Carl L. Hulon Jr "CJ" [IRIS Participant] 2022-2023 Long-Term Care Functional Screen remained the same.

195). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, I, Patrice Hulon, IRIS Representative, stated to Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency and Brian Dimond, Supervisor, at First Person Care Consultant Agency, Gina Weatherall and Janie McCaa that Julie Brockwell, Long-Term Care Functional Screener stated to Patrice Hulon on May 19, 2021 that CJ's 2020-2021 Long-Term Care Functional Screen had only two diagnoses documented, Epilepsy and Autism.

196). It is Patrice Hulon, IRIS Representative, position that on October 13, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that CJ's Long-Term Care Functional Screen IRIS Monthly Budget was determined on June 20, 2022 and CJ's LTC-FS IRIS Monthly Budget is $6,536.99 and there were no changes in CJ's 2022-2023 Long-Term Care Functional Screen.

197). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery. IRIS Consultant, at First Person Care Consultant Agency stated that "CJ's 2020-2021 Long-Term Care Functional Screened decreased not by a lot but enough."

198). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to complete a Long-Term Care Functional Screen on Carl L. Hulon Jr [IRIS Participant] in October 2022 prior to the 2022-2023 Budget Amendment Request.

199). It is Patrice Hulon, IRIS Representative, position that Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency never stated to Patrice Hulon that there was a decrease in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen within the phone several conversations Molly and I had on September 13, 2022. September 16, 2022, September 23, 2022, September 26, 2022 and November 4, 2022.

200). It is Patrice Hulon, IRIS Representative, position that Amy Chartier states that there was a decrease in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen noted in her Notice of Action- IRIS letter dated October 25, 2022 in which states "Your long-term care functional screen determined a decrease in your authorized budget down to $6,893.89 per month effective June 20, 2022.

201). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and bad faith with malice and intent neglected to inform Patrice Hulon IRIS Representative, that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Function Screen exceeded $6, 893.89 prior to August 31, 2022.

202). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Function Screen decreased to $6, 893.89 prior to August 31, 2022.

203). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen do not reflect the adjustment the amount of

$6,893.89 as noted by Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section Notice of Action-IRIS Letter dated October 25, 2022.

204). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4UConsultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to provide Patrice Hulon with a Notice of Action-IRIS Program letter stating that there was a decrease in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen in which denied Patrice Hulon, IRIS Representative, the right to a Medicaid Fair Hearing.

205). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency stated to Patrice Hulon the Wisconsin Department of Health Services requested a SDPC Assessment be competed on Carl L. Hulon Jr [IRIS Participant] prior to the approval of Carl Jr's 2021-2022 Budget Amendment Request.

206). It is Patrice Hulon, IRIS Representative, position that there was a SDPC Assessment completed on Carl L. Hulon Jr [IRIS Participant] on/or about October 1, 2021 by SDPC Nurse Pat Olmstead and the results of the SDPC Assessment was determined that Carl L. Hulon Jr [IRIS Participant] personal care hours will remain the same at 19.75 hours. I, Patrice Hulon, IRIS Representative, conferred the results of the SDPC Assessment to Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency via email on October 5, 2021.

207). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon, IRIS Representative, Brian Dimond, Supervisor, at First Person Care Consultant Agency, Gina

Weatherall and Janie McCaa that Carl L. Hulon Jr "CJ" [IRIS Participant] 2021-2022 Budget Amendment was not approved due to DHS requested that the SDPC complete an SDPC Assessment and DHS requested a Caregiver Task List in June 2021. According to Molly, DHS informed her that the SDPC failed to complete the SDPC assessment on CJ and I never provided DHS a Caregiver Task List in which is not true.

208). It is Patrice Hulon, IRIS Representative, position that on September 21, 2022, Carl L. Hulon Jr [IRIS Participant] received of 14.75 for personal care hours when I specifically informed his SDPC Nurse that there were no changes in CJ's personal cares.

209). It is Patrice Hulon, IRIS Representative, position that in September 2022, the Wisconsin Department of Health Services et al knew or had the duty to know that when DHS stated to Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment was not approved due to the SDPC failed to complete a SDPC Assessment in 2021 was merely a false and inaccurate statement.

210). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al herein acted arbitrarily, willfully and in bad faith with malice and intent has adopted a practice that in the event of an Adverse Action the Wisconsin Department et al., herein acted arbitrarily, willfully and in bad faith with malice and intent neglect to provide the Patrice Hulon, IRIS Representative a Notice of Action letter of said actions.

211). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency et al herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to not provide Patrice Hulon, IRIS Representative, a

Notice of Action-IRIS Program Letter stating that the decrease in Carl L. Hulon Jr [IRIS Participant} 2020-2021 Long-Term Care Functional Screen from May 1, 2020 to April 30, 2021.

212). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to not provide Patrice Hulon, IRIS Representative, a Notice of Action-IRIS Program Letter stating the reasoning(s) for the decrease in Carl L. Hulon Jr [IRIS Participant} 2021-2022 Long-Term Care Functional Screen was due to the noncompletion of the SDPC Assessment and Non-submission of the Caregiver Task List from May 1, 2021-April 30, 2022.

213). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Service and Advocates4U Consultant Agency herein acted in arbitrarily, willfully and in bad faith with malice and intent neglected to send Patrice Hulon a Notice of Action Letter stating the results of Carl L. Hulon Jr (Participant) 2021-2022 Budget Amendment Review prior to April 30, 2022.

214). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to not provide Patrice Hulon, IRIS Representative, a Notice of Action-IRIS Program Letter stating the reasoning(s) for the withdrawal of Carl L. Hulon Jr [IRIS Participant} 2021-2022 Budget Amendment Request and non-approval of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Review prior to April 30, 2022.

215). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Service and Advocates4U Consultant Agency herein acted in arbitrarily, willfully and in bad faith with malice and intent conspired to deny Patrice Hulon, IRIS Representative, the right to a Medicaid State Fair Hearing prior to April 30, 2022.

216). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to provided Patrice Hulon with a Notice of Action-IRIS Program letter stating that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment was not approved due to there was not a SDPC Assessment completed on Cael L Hulon Jr and DHS never received a Caregiver Task List in which was a deliberate, malicious and intentional act of misconduct on behalf of Caitlin Connelly and Advocates4U Consultant Agency.

217). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Service and Advocates4U Consultant Agency herein acted in arbitrarily, willfully and in bad faith with malice and intent conspired to deny Patrice Hulon, IRIS Representative, the right to a Medicaid State Fair Hearing due to failure to provide Patrice Hulon, IRIS Representative, Notice of Action Letters in which entails the reasoning(s) for the decrease in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen budget.

218). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Service and Advocates4U Consultant Agency herein acted in arbitrarily, willfully and in bad faith with malice and intent conspired to deny Patrice Hulon, IRIS Representative, the right to a Medicaid State Fair Hearing in 2020-2021, 2021-2022 and 2022-2023.

219). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] has received a decreased in his 2020-2021, 2021-2022 and 2022-2023 Long-Term Care Functional Screen and the Wisconsin Department of Health Services et al., has conspired to adopt a practice to not provide Patrice Hulon, IRIS Representative, a Notice of Action Letter of such Adverse Actions.

220). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] did not receive a fair 2022-2023 Budget Amendment Review on October 25, 2022 and the Wisconsin Department of Health Services et al herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to provide critical incidents reports of CJ's increased seizure activity, increased aggressive behaviors and safety incidents to substantiate and justify the need for the budget amendment request and restrictive measures plan.

221). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to seek further information from Patrice Hulon, IRIS Representative, to justify the need for additional Routine Supportive Home Care hours for Carl L. Hulon Jr [IRIS Participant] 2022-2023 Budget Amendment Request.

222). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to provide Patrice Hulon with a Notice of Action-IRIS Program letter stating that there was a decrease in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Long-Term Care Functional Screen in which the Wisconsin Department of Health Services and

Advocates4U Consultant Agency denied Patrice Hulon, IRIS Representative, the right to a

Medicaid Fair Hearing.

IRIS Consultant Ninety-Day On-Sight Home Visit

223). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency IRIS

Consultant at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith

with malice and intent neglected to complete a sixty-day on-sight home visit or ninety-day on-

sight home visit as stated by from February 19, 2021 and November 5, 2021.

224). It is Patrice Hulon, IRIS Representative, position that Julie Brockwell, Long-Term Care

Functional Screener, at Advocates4U Consult Agency completed her 2021-2022 Annual Long-

Term Care Functional Screen on Carl L. Hulon Jr [IRIS Participant] on May 19, 2021 and

therefore there was no CDC Guidelines in place that states that the IRIS Consultant(s) could not

complete a sixty-day or ninety-day on-sight home visits between said dates of February 19,

2021 and November 5, 2021. Also, my emails to Caitlin Connelly, does not reflect as such.

225). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant]

SDPC Nurse, Mrs. Patricia Olmstead completed her ninety-day on-sight home visit and her

annual SDPC evaluation between February 2021 and November 2021.

226). It is Patrice Hulon, IRIS Representative, position that Advocates4u Consultant Agency, its

IRIS Consultants and SDPC Nurse are under the same CDC Guidelines.

227). It is Patrice Hulon, IRIS Representative, position that on February 4, 2022, Virginia Garcia,

IRIS Consultant, at Advocates4U Consultant Agency stated to Patrice Hulon due to the number

62

of hours the PHW's are working she is to complete sixty-day on-sight home visits instead of ninety-day home visits.

228). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to complete a ninety-day on-sight home visit on Carl L. Hulon Jr [IRIS Participant] from August 1, 2022 to August 31, 2022.

Restrictive Measures Plan

229). It is Patrice Hulon, IRIS Representative, position that on November 5, 2021, I requested that a "Restrictive Measures" Plan be included in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan and Patrice Hulon, IRIS Representative, request was ignored by Advocates4U Consultant Agency et al.

230). It is Patrice Hulon, IRIS Representative, position that on November 5, 2021, Caitlin Connelly, Operations Manager, at Advocated4U Consultant Agency stated to Patrice Hulon, IRIS Representative, that DHS requires a restrictive measures plan be added to a participants individual support and service plan whenever restraints to protect the participant and other individual doing the restraint.

231). It is Patrice Hulon, IRIS Representative, position that on July 19, 2022, Penny Bartelt, CAPSW, MSW at MetaStar, stated to Patrice Hulon that she submitted a "Restrictive Measures" referral to the Wosconsin Department of Health Services.

232). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to complete a Restrictive Measure Assessment application on Carl L. Hulon Jr [IRIS Participant] prior to August 31, 2022.

233). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, have sustained several injuries while trying to restrain Carl L. Hulon Jr [IRIS Participant].

234). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] must be restrained due to his increased seizure activity, aggressive and combative behaviors and safety incidents. However, it is also Patrice Hulon, IRIS Representative, position that Patrice Hulon has reported all medical behavioral and safety incidents has been reported to First Person Care Consultant Agency, TMG Consultant Agency and Advocates4U Consultant Agency since 2018.

235). It is Patrice Hulon, IRIS Representative, position that Patrice Hulon have identified potential health and safety risk pertaining to Carl L. Hulon Jr [IRIS Participant] Epilepsy seizure disorder, aggressive and combative behaviors and safety incidents in which require Carl L. Hulon Jr to require restraints daily. However, I, Patrice Hulon, requested a "Restrictive Measures" Plan be added to Carl L. Hulon Jr 2021-2022 and 2022-2023 Individual Support and Service Plans.

236). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Brian Dimond,

63

Supervisor, at First Care Consultant Agency, Patrice Hulon, Gina Weatherall and Janie McCaa that there are no reported incidents upload in the "Wiz-Its" system.

237). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to complete and submit a Restrictive Measure Assessment application for Carl L. Hulon Jr [IRIS Participant] to the Wisconsin Department of Health Services from September 26, 2022 to present.

238). It is Patrice Hulon, IRIS Representative, position that a "Restrictive Measures" Plan is an essential tool to identify Carl L. Hulon Jr [IRIS Participant] health, behavioral and safety concerns, mitigate all health and safety concerns and implement all health and safety measures in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plans.

239). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] health, behavioral and safety concerns have always been monitored by Patrice Hulon, Mom, Advocate and Self-Directed IRIS Representative with the assistance of Chawndell L. Hulon, Carl L. Hulon Sr and others.

240). It is Patrice Hulon, IRIS Representative, position thatAdvocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to provide Patrice Hulon, IRIS Representative, a "Medicaid Waiver Programs" [F-22541] to report emergency restraints. for restraints used as part of a Behavior Support Plan (BSP) [F-62607] and for restraints used as a medical restraint the form "Request for Use of Medical Restraints" [F-62608.

64

241). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to require Patrice Hulon, IRIS Representative, to sign a "Risk Agreement" document from May 1, 2018 to May 27, 2020.

242). It is Patrice Hulon, IRIS Representative, position that TMG Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to require Patrice Hulon, IRIS Representative, to sign a "Risk Agreement" document from May 28, 2020 to August 15, 2020.

243). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency and Salitha Blair, IRIS Consultant, Advocates4U Consultant Agency, herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to require Patrice Hulon, IRIS Representative, to sign a "Risk Agreement" document from August 16, 2020 to April 30, 2021.

244). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to require Patrice Hulon, IRIS Representative, to sign a "Risk Agreement" from May 1, 2021 to April 30, 2022.

245). It is Patrice Hulin, IRIS Representative, position that Advocates4U Consultant Agency and Virginia Garcia. IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to require Patrice Hulon, IRIS Representative, to sign a "Risk Agreement" from May 1, 2022 to August 31, 2022.

246). It is Patrice Hulon, IRIS Representative, position that on September 13, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency, potential risk allegation of participant hired worker burnout is unfounded and said potential risk did not exist prior to September 13, 2022.

247). It is Patrice Hulon, IRIS Representative, position that on September 13, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon, IRIS Representative, that "She had a brief chance to review me and my children's plan and "Everything Does Looks Good" and except that I do need to do a "Risk Agreement" due to hours that are being worked by your worker. I, Patrice Hulon, asked Molly by what worker and I explained to Molly that the "hours" has been approved by DHS and the hours has been set in place for over a year or two so what risk assessment do you have to do and Molly replied the "Risk Agreement" is basically just stating that I understand it is a risk to have someone work so many hours in a week. I asked Molly why the "Risk Agreement" haven't never been done and Molly replied that "I am not sure why the previous consultant did not do this but it is a requirement by DHS for us to have a risk agreement and all it is just stating that you guys understand that the worker is working over 140 plus hours a week between the three of you and that can be exhausting". I stated to Molly that "You guys are not looking at the fact that each person is an individual, each person have their own hours and each hour by person is approved by DHS and can't nobody work any hours unless they are approved by DHS so all this information been submitted to DHS before and now and if there was any concerns DHS would have intervened before now and now that we are affiliated with First Person Care this information is just now coming up now as of when you got the plans. Molly stated to Patrice

66

Hulon that she was going through and she couldn't find a "Risk Agreement" that has been done previously, have there been one done previous and I replied that this is the first I have ever heard of it and Molly replied, 'oh strange". Molly stated that it looks like I signed off on a 40-hour exception and I replied that was over a year ago I believe in February – March last year and Molly stated that the 40-hour Exception Form must be signed annually as well.

246). It is Patrice Hulon, IRIS Representative, position that there is no information that exist that show concerns of any potential health and safety risk documented with the Wisconsin Department of Health Services et al., prior to September 13, 2022.

247). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services, IRIS Consultant Agencies,  herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, that the Wisconsin Department of Health Services required that the 40-Hour Exception Form be signed annually in which states that IRIS Representative can choose to exercise her employer authority in which the Wisconsin Department of Health Services et al herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to request Patrice Hulon, IRIS Representative, to sign the "40-Hour Exception Form" as required by the Wisconsin Department of Health Services during the following demonstrated periods:

- First Person Care Consultant Agency -May 1, 2018 -May 27, 2020
- TMG Consultant Agency-May 27, 2020-August 15, 2020
- Advocates4U Consultant Agency-August 16, 2020-February 18, 2021
- Advocates4U Consultant Agency-March 1, 2022-August 31, 2022

67

248). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services approved the 40-Hour Exception Form for Chawndell L. Hulon [Participant Hired Worker] for Carl L. Hulon Jr, Chamiy'e L. Hulon and Patrice Hulon in February 2021.

249). It is Patrice Hulon, IRIS Representative, position that if there were a concern of such potential health and safety risk in February 2021, the Wisconsin Department of Health Services would have denied the 40-Hour Exception Form submitted for Chawndell L. Hulon for all three participants, Carl L. Hulon Jr [IRIS Participant], Chamiy'e L. Hulon [IRIS Participant] and Patrice Hulon [IRIS Participant].

250). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to require Patrice Hulon, IRIS Representative, to sign a "40-Hour Exception From" from March 1, 2022 to August 31, 2022.

251). It is Patrice Hulon, IRIS Representative, position that on September 13, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency, stated to Patrice Hulon that DHS requires that the "40-Hour Exception Form" be signed annually.

252). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to respond to Patrice Hulon, IRIS Representative, voicemails and emails regarding Carl L. Hulon Jr [IRIS Participant] 2021-2022 and 2022-2023 Annual Budgets and 2021-2022 and 2022-2023 Individual Support and Service Plans on several occasions.

253). It is Patrice Hulon, IRIS Representative, position that Diana Aguirre, Director, at Advocates4U Consultant Agency and Caitlin Connelly, Operations Manager at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to return Patrice Hulon, IRIS Representative voicemails phone calls within the allotted 24-to-48-hour timeframe prior to August 31, 2022.

254). It is Patrice Hulon, IRIS Representative, position that Magdeline Rodriquez, Team Lead, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to respond to Patrice Hulon, IRIS Representative, email on August 23, 2022.

255). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to respond and/or act to Patrice Hulon, IRIS Representative, concerns via emails and voicemails regarding Carl L. Hulon Jr [IRIS Participant] from May 1, 2021 to August 31, 2022.

- Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request.
- Carl L. Hulon Jr (IRIS Participant] Notice of Action Letter [2021-2022].
- Advocates4U unauthorized Carl L. Hulon Jr [IRIS Participant] Overtime Routine Supportive Home Care Hours.
- Carl L. Hulon Sr [Participant Hired Worker] not adequately paid Overtime Wages.
- IRIS Consultant neglect to complete Carl L. Hulon Jr [IRIS Participant) ninety-day on-sight home visits.

- Advocates4U made changes to Carl L. Hulon Jr Individual Support and Service Plan without Patrice Hulon knowledge and consent.

- IRIS Consultant request that Patrice Hulon, IRIS Representative, sign blank ISSP and Emergency Backup Plan signature pages.

- Carl L. Hulon Jr [IRIS Participant] Individual Support and Service Plan not meeting his supportive home care needs.

- Restrictive Measure Plan not added to Carl L. Hulon Jr 2021-2022 and 2022-2023 Individual Support and Service Plan.

256). It is Patrice Hulon, IRIS Representative, position that on September 15, 2022, I, Patrice Hulon, sent Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency a text message at XXX-XXX-6934 in which states "GM Molly, I am still waiting to hear back from you. Did you reach out to Kristin Dolwick at Metastar? Kristin is uploading a document so that First Person Care Consultant Agency can review it to get things in order that was not completed by Advocates4U I have a call out to Kristen as well."

257). It is Patrice Hulon, IRIS Representative, position that on September 20, 2022, I sent Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency a text message at XXX-XXX-6934 in which states "GM Molly, I know that you explained to me that on Friday, that CJ budget is over $15K negative?

258). It is Patrice Hulon, IRIS Representative, position that on September 20, 2022, I sent Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency a text message at XXX-XXX-6934 in which states "How is CJ's budget negative from 2021-2022 and 2022-2023. You

explained to me that a budget amendment review was completed in July 2021 and I was never informed about the completion or results of the budget amendment results and for Caitlin to not upload the results into the system is mind boggling and concerning. I'm going to reach out to Kristin with this information".

259). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon, IRIS Representative, that DHS requested a Caregiver Task List be completed prior to the approval of Carl L. Hulon Jr [IRIS Participant] 2020-2021 Budget Amendment Request in June 2021 and Patrice Hulon failed to provide the Caregiver Task List and Carl L. Hulon Jr 2020-2021 Budget Amendment Request was withdrawn in June 2021.

260). It is Patrice Hulon, IRIS Representative, position that Patrice Hulon submitted a Caregiver Task List to Sherlyn Howe at TMG Consultant Agency on May 14, 2020, and Sherlyn Howe herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to upload the results of Carl L. Hulon Jr Caregiver Task List into the "Wiz-its" system and Carl Jr Caregiver Task List did not transfer with his file to Advocates4U Consultant Agency in August 2020.

261). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that Advocates4U Consultant Agency would have received the results of the 2021-2022 Budget Amendment (BA) review from DHS and Advocates4U is responsible for uploading the results into the "Wiz-its" system and Molly also stated that someone at Advocates4U apologized to her

supervisor for not uploading the results of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Review into the system.

262). It is Patrice Hulon, IRIS Representative, position that there is no documented information that exist to show that the Wisconsin Department of Health Services et al., requested that Patrice Hulon, IRIS Representative, provide DHS a Caregiver Task List for Carl L. Hulon Jr [IRIS Participant] from June 6, 2021 to April 30, 2022 to prevent the withdrawal of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request.

267). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to request a Caregiver Task List from Patrice Hulon, IRIS Representative, from April 2018-May 27, 2020.

268). It is Patrice Hulon, IRIS Representative, position that on May 14, 2020, TMG Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to upload Carl L. Hulon Jr [IRIS Participant] Caregivers Task List from Patrice Hulon, IRIS Representative, into the "Wiz-its" system from May 28, 2020 to August 15, 2020.

269). It is Patrice Hulon, IRIS Representative, position that Advocares4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to request a Caregivers Task List from Patrice Hulon, IRIS Representative, from August 16, 2020 to August 31, 2022.

270). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith

with malice and intent neglected to request a Caregiver Task List from Patrice Hulon, IRIS Representative from June 2021 to August 31, 2022.

271). It is Patrice Hulon, IRIS Representative, position that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person, Consultant Agency stated to Patrice Hulon that DHS stated that Advocates4U should not have approved the overtime hours for Carl L. Hulon Jr "CJ" [IRIS Participant] Budget Amendment was approved. However, it is also Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment is a believed to be approved due to the budget amount increase of $43,135 in May 2021.

272). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services or Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to confer to Patrice Hulon that DHS requested a Caregiver Task List prior to the submission of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment Request in which the 2021-2022 Budget Amendment Request was withdrawn due to not receiving the Caregiver Task List in June 2021.

273). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon, IRIS Representative, Brian Dimond, Supervisor, at First Person Care Consultant Agency, Gina Weatherall and Janie McCaa that CJ's 2022-2023 Budget Amendment was not approved due to DHS requested that the SDPC complete an SDPC Assessment and DHS requested a Caregiver Task List in June 2021. According to Molly, DHS informed her that the SDPC failed to complete the SDPC assessment on CJ and I, Patrice Hulon, never provided DHS a Caregiver Task List.

73

274). It is Patrice Hulon, IRIS Representative, position that Premier Financial Management Services herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to compensate Carl L. Hulon Sr [Participant Hired Worker] "Non-Live-In" Overtime Routine Supportive Home Care (SHC) hours and "Non-Live-In" Overtime Respite In Other Setting (Respite Care) hours from Carl L. Hulon Jr [IRIS Participant] 2018-2019 and 2019-2020 Annual Budgets.

275). It is Patrice Hulon, IRIS Representative, position that Premier Financial Management Service herein acted arbitrarily, willfully and in bad faith with malice and intent compensated Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours and Overtime Respite In Participant hours from Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plans in which Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plans authorized Overtime Supportive Home Care hours and Overtime Respite Care hours funding was not allocated as such.

276). It is Patrice Hulon, IRIS Representative, position that Premier Financial Management Service herein acted arbitrarily, willfully and in bad faith with malice and intent compensated Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours and Overtime Respite In Participant hours from Carl L. Hulon Jr [IRIS Participant] and 2021-2022 Individual Support and Service Plans in which Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plans authorized Overtime Supportive Home Care hours and Overtime Respite Care hours funding was not allocated as such.

277). It is Patrice Hulon, IRIS Representative, position that Premier Financial Management Services herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to routinely compensate Carl L. Hulon Sr [Participant Hired Worker] "Non-Live-In" Overtime Routine Supportive Home Care (SHC) hours and Non-Live-In" Overtime Respite In Other Setting (Respite Care) hours from Carl L. Hulon Jr [IRIS Participant] 2021-2022 Annual Budget in which Carl L. Hulon Jr {IRIS Participant] 2021-2022 Annual Budget was not allocated to offset the Non-Live-In" Overtime Routine Supportive Home Care (SHC) hours and Non-Live-In" Overtime Respite In Other Setting (Respite Care) hours.

278). It is Patrice Hulon, IRIS Representative, position that Premier Financial Management Services herein acted arbitrarily, willfully and in bad faith with malice and intent compensated Carl L. Hulon Sr [Participant Hired Worker] "Non-Live-In" Overtime Routine Supportive Home Care (SHC) hours from Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget in which Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget was not allocated to offset the Non-Live-In" Overtime Routine Supportive Home Care (SHC) hours.

279). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Premier Financial Management Services herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to compensate Carl L. Hulon Sr [Participant Hired Worker] of the "Non-Live-In" Routine Supportive Home Care "OVETIME PAY" that Carl Sr was rightfully entitled to receive under the Continuing Violation Doctrine.

280). It is Patrice Hulon, IRIS Representative, position that on September 28, 2022, Brian Diamond, Supervisor, at First Person Care Consultant Agency, stated that he can't speak on

other ICA's practices and procedures but the practices and procedures is supposed to be fairly uniform.

281). It is Patrice Hulon, IRIS Representative, position that on September 28, 2022, Brian Diamond, Supervisor, at First Person Care Consultant Agency, stated to Patrice Hulon that Carl L. Hulon Sr would be entitled to the "OVERTIME PAY" as a "Non-Live-In" participant hired worker.

282). It is Patrice Hulon, IRIS Representative, position that on September 28, 2022, Brian Diamond, Supervisor, at First Person Care Consultant Agency, stated to Patrice Hulon that he was pulling up the active archive plans to figure out where the problem came in.

283). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent went into the "System" and changed Carl L. Hulon Sr [Participant Hired Worker] from a "Non-Live-In" Respite In Participant Home employee to a "Live-In" Respite In Participant Home employee to deceive Carl L. Hulon Sr [Participant-Hired Worker] of the "Non-Live-In" "OVERTIME PAY" Carl L. Hulon Sr is rightfully entitled to from May 7, 2018 to April 30, 2019.

284). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to authorize the following "OVERTIME" hours in Carl L. Hulon Jr [IRIS Participant] 2019-2020 Individual Support and Service Plan from May 1, 2019 to April 30, 2020.

- Respite In Participant Home "Non-Live-In"– 49 hours at $15.00 per hour.

76

- Routine Supportive Home Care "Non-Live-In"– 23.50 at $11.00 per hour.

285). It is position of Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to continuously deceive Carl L. Hulon Sr [Participant Hired Worker] "Non-Live-In" "OVERTIME PAY" Carl L. Hulon Sr is rightfully entitled to from May 1, 2019 to April 30, 2020.

286). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services, First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to authorize the following "OVERTIME" hours in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan from May 1, 2021 to April 30, 2022.

- Respite In Participant Home "Non-Live-In"– 49 hours at $15.00 per hour.
- Routine Supportive Home Care "Non-Live-In"– 23.50 at $11.00 per hour.

287). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency knew and had the duty to know that Carl L. Hulon Sr [Participant Hired Worker] was a "Non-Live-In" Routine Supportive Home Care (SHC) employee prior to the activation of Carl L. Hulon Jr (Participant) 2022-2023 Individual Support and Service Plan on May 1, 2022.

288). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, I stated to Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency, Brian Dimond, Supervisor, at First Person Care Consultant Agency Gina Weatherall and Janie McCaa that Carl L. Hulon Sr [Participant Hired Worker] was never a "Live-In".

77

289). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services IRIS Consultant Agencies, First Person Care Consultant Agency, TMG Consultant Agency and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to submit a 2018-2019, 2019-2020, 2020-2021 and 2022-2023 Budget Amendment Request on behalf of Carl L. Hulon Jr, [IRIS Participant] to the Wisconsin Department of Health Services to ensure that Carl L. Hulon Sr [Participant-Hired Worker] received his "Non-Live-In" "OVERTIME PAY" that Carl L. Hulon Sr is rightfully entitled to.

290). It is Patrice Hulon, IRIS Representative, position that the Department of Health Services neglected to comply with all U.S. Department of Labor regulations, including the Fair Labor Standards Act (FLSA) due to failure to compensate Carl L. Hulon Sr (Participant-Hired Worker) "Non-Live-In" "OVERTIME PAY" that Carl Sr is rightfully entitled to. from May 2018 to April 30, 2019 and thereafter.

291). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to submit an authorize work order to Premier Financial Management Services on behalf of Jaylen Golden to provide services for Carl L. Hulon Jr [IRIS Participant] from July 11, 2022 to August 31, 2022.

292). It is Patrice Hulon, IRIS Representative, position that on August 8, 2022, I, Patrice Hulon, stated to Caitlin Connelly Operations Manager, at Advocates4U Consultant Agency that Jaylen Golden has been providing services for "CJ" since July 11, 2022 and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to submit an authorize work order to Premier Financial Management Services.

78

293). It is Patrice Hulon, IRIS Representative, position that prior to September 13, 2022, Kristen Dolwick at MetaStar instructed Patrice Hulon to inform First Person Care Consultant Agency to authorize Jaylen Golden work order for him to start working for CJ. Molly Mowery stated that she could back date Jaylen Golden work order authorization to September 1, 2022. Molly stated that she talked to Julie Vang at Advocates4U Consultant Agency and 'Julie stated that she could not authorize Jaylen Golden work order because she did not have access CJ's file"

294). It is Patrice Hulon, IRIS Representative, position that on September 13, 2022, Patrice Hulon stated to Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency that, as directed by Kristin Dolwick, at MetaStar, that Kristen is going to upload a document into the system so "you guys" can see the situation that's going on and told Patrice Hulon to tell you 'guys" that Jaylen Golden has to be assigned to Carl Jr ISSP Plan immediately.

295). It is Patrice Hulon, IRIS Representative, position that Kristin Dolwick at MetaStar, Inc. stated in her letter dated September 16, 16, 2022 that states "A service Plan authorization needs to be forward to the fiscal employer agency (FEA) for the participant hired worker, Jaylen Golden who was approved to start providing services to CJ in July, Mr. Golden has provided services to CJ, but a service code has not yet been entered to allow the FEA to pay Mr. Golden, Ms. Vang identified that Advocates4U no longer has access to CJ's record and is unable to enter the service authorization on CJ's ISSP with his effective hire date. Ms. Vang relayed that the new IRIS Consultant Agency will need to update his ISSP with his authorization.

296). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] Caregiver Task List was designed as instructed by Molly Mowery, IRIS Consultant, at First Person

79

Care Consultant Agency and Molly instructed Patrice Hulon to put when, what task and who was providing the task for "CJ".

297). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] 2018-2019, 2019-2020, 2020-2021, 2021-2022 and 2022-2023 Long-Term Care Functional Screen identifies Epilepsy Seizure Disorder, Autism and other diagnoses, Aggressive Behaviors and Safety Incidents and on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Consultant Agency stated to Brian Dimond, Supervisor, at First Person Care Consultant Agency, Patrice Hulon, Gina Weatherall and Janie McCaa "that there are no reported incidents upload in the "Wiz-Its" system."

298). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to not upload critical reported incidents pertaining to Carl L. Hulon Jr [IRIS Participant] increased seizure activity, aggressive and combative behaviors and safety incidents in DHS's Wiz-it system.

299). It is Patrice Hulon, IRIS Representative, position that on September 26, 2022, Molly Mowery, IRIS Consultant at First Person Care Consultant Agency stated to Brian Dimond, Supervisor, at First Person Care Consultant Agency, Patrice Hulon, IRIS Representative, Gina Weatherall and Janie McCaa that "TMG neglected to upload Carl L. Hulon Jr [IRIS Participant] Caregiver Task List into the "Wiz-its" system."

<u>MetaStar Grievance Process</u>

80

300). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to respond to Patrice Hulon grievances May 28, 2020, grievances.

301). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., has adopted a policy practice to allow Patrice Hulon, IRIS Representative, the opportunity to file a grievance with the dhsirisgrievances@dhs.wisconsin.gov. However, after Patrice Hulon, IRIS Representative, filed her grievances the Wisconsin Department of Health Services and Meta herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to respond to Patrice Hulon, IRIS Representative, grievance on May 28, 2020.

302). It is Patrice Hulon, IRIS Representative, position that Patrice Hulon identified concerns that that was relayed to Patrice Hulon by Travis Wick, Supervisor, at First Person Care Consultant Agency in May 28, 2020 in which the identified concerns in 2020 currently affected Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual and Service Plan and 2022-2023 Annual Budget.

303). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to resolve Patrice Hulon, IRIS Representative, concerns regarding Carl L. Hulon Jr [IRIS Participant] through the "MetaStar Grievance Process" prior to August 31, 2022.

304). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to address Patrice Hulon concerns regarding Carl L. Hulon Jr [IRIS Participant] from May 2022 to August

2022 and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice intent conspired to force Patrice Hulon, IRIS Representative, and Carl L. Hulon Jr [IRIS Participant] to disenroll from Advocates4U Consultant Agency prior to August 31, 2022.

305). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency and Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to address Patrice Hulon, IRIS Representative concerns through the dhsirisgrievances@dhs.wisconsin.gov grievance process from May 2022-August 31, 2022.

306). It is Patrice Hulon, IRIS Representative position that the Wisconsin Department of Health Services et al herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to assist Patrice Hulon, IRIS Representative, resolve her concerns through the MetaStar "GRIEVANCE PROCESS" at dhsirisgrievans@dhs.wisconsin.gov on several occasions from May 2022 to August 2022.

307). It is Patrice Hulon, IRIS Representative, position that on December 5, 2022, Marge Jenkins at MetaStar stated to Patrice Hulon, IRIS Representative, the Wisconsin Department of Health Services, DHS, has limited the scope of Patrice Hulon appeal with the Wisconsin Division of Hearings and Appeals on December 21, 2022.

308). It is Patrice Hulon, IRIS Representative, position that on December 5, 2022, Marge Jenkins at MetaStar stated to Patrice Hulon that I could not disclose the details that lead to the unforeseen event thus far in which the details of the unforeseen events are not documented Amy Chartier Notice of Appeal letters dated October 25, 2022 and November 9, 2022.

82

309). It is Patrice Hulon, IRIS Representative, position that on December 5, 2022, I, Patrice Hulon, stated to Marge Jenkins, at MetaStar, that Amy Chartier Notice of Action letters dated October 25, 2022 and November 9, 2022 lacks pertinent information that was disclosed to Patrice Hulon, Gina Weatherall and Janie McCaa from September 13, 2022 to November 4, 2022 that is vital to my appeal on December 21, 2022.

310). It is Patrice Hulon, IRIS Representative, position that on December 5, 2022, Marge Jenkins, at MetaStar, stated to Patrice Hulon, that she discussed with her supervisor and her supervisor stated that I can't discuss the issues that lead up to the current situation.

311). It is Patrice Hulon, IRIS Representative, position on December 5, 2022, I, Patrice Hulon, stated to Marge Jenkins, that I filed this appeal with the Wisconsin Division of Hearings and Appeals on behalf of my son "CJ" and I should be allowed to discuss whatever I want to discuss. However, I, Patrice Hulon, knew that I was not going to receive a fair appeal from the Wisconsin Division of Hearings and Appeals.

## Unforeseen Events

312). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr [IRIS Participant] nor I, Patrice Hulon, did not cause this unforeseen event that has occurred in 2020-2021, 2021-2022 and 2022-2023.

313). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to not inform Patrice Hulon of the unforeseen event in 2020.

314). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to cause the unforeseen event in Carl L. Hulon Jr [IRIS Participant] 2020-2021 Individual Support and Service Plan from August 16, 2020 to April 30, 2021 and herein acted arbitrarily, willfully and in bad faith with malice and intent conspired and neglected to resolve the situation.

315). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to cause the unforeseen event in Carl L. Hulon Jr [IRIS Participant] 2021-2022 Individual Support and Service Plan from May 1, 2021 to April 30, 2021 and herein acted arbitrarily, willfully and in bad faith with malice and intent conspired and neglected to resolve the situation.

316). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to cause the unforeseen event in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan from May 1, 2022 to April 30, 2023 and herein acted arbitrarily, willfully and in bad faith with malice and intent conspired and neglected to resolve the situation.

317). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith malice and intent conspired to adopt a policy practice to go into the "System" to make changes to Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023 Individual Support and Service Plan without Patrice Hulon, IRIS Representative, knowledge and consent.

84

318). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith malice and intent conspired to adopt a policy practice to not upload critical incident reports pertaining to Carl L. Hulon Jr [IRIS Participant] seizure disorder, behaviors and safety into the "System" from May 1, 2018 to September 26, 2022.

319). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith malice and intent conspired to adopt a policy practice to not upload Carl L. Hulon Jr [IRIS Participant] Caregiver Task List into the "System" from May 14, 2020 to September 26, 2022.

320). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith malice and intent conspired to adopt a policy practice to not upload Carl L. Hulon Jr [IRIS Participant] 2020-2021, 2021-2022 and 2022-2023 Notice of Action letters regarding Carl L. Hulon Jr Long-Term Care Functional Screens in its "System" from 2020 to 2022.

321). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to adopt a practice to neglect to inform Patrice Hulon, IRIS Representative, of the unforeseen event in which was caused by the actions of Advocates4U Consultant Agency prior to August 31, 2022.

322). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al., herein acted arbitrarily, willfully and in bad faith with malice and intent

85

neglected to inform Patrice Hulon of the unforeseen event that has occurred regarding Carl L. Hulon Jr [IRIS Participant] 2021-2022 and 2022-2023 Annual Budget.

323). It is Patrice Hulon, IRIS Representative, position that the Department of Health Services and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to authorized Carl L. Hulon Sr [Participant Hired Worker] Overtime Routine Supportive Home Care hours in Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan as a malice act to deplete the Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget by November 26, 2022 in which would potentially resulted in Carl Jr being disenrolled from the IRIS Program.

324). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to take the necessary steps to resolve the unforeseen event caused by Advocates4U Consultant Agency in from 2020 to 2022.

325). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, that Carl L. Hulon Jr IRIS Participant] 2022-2023 Annual Budget was approximately $15k negative prior to August 31, 2022.

326). It is Patrice Hulon, IRIS Representative, position that due to the deliberate, malicious and intentional actions of Advocates4U Consultant Agency, Advocates4U caused the unforeseen event in 2020 which has affected Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan and 2022-2023 Annual Budget.

327). It is Patrice Hulon, IRIS Representative position that Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon, IRIS Representative, of the unforeseen event and Advocates4U herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to take the necessary steps to rectify the situation that has been caused by its consultant agency.

328). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services herein acted arbitrarily, willfully and in bad faith with malice and intent has adopted a practice that Amy Chartier neglected to document pertinent information of the unforeseen events that has transpired since 2020 in her Notice of Appeal -IRIS Program letters dated October 25, 2022 and November 9, 2022 that was stated to Patrice Hulon, Gina Weatherall and Janie McCaa in September 2022 as a deliberate, malicious and intention act to deprive Patrice Hulon, IRIS Representative on behalf of Carl L. Hulon, Jr [IRIS Participant].

329). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to document falsified and inaccurate information in the Amy Chartier Notice of Appeal -IRIS Program letters dated October 25, 2022 and November 9, 2022.

Notice of Action-IRIS Program Letter -October 25, 2022

330). It is Patrice Hulon, IRIS Representative, position that that information stated to Patrice Hulon, Gina Weatherall and Janie McCaa by Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency and Brian Dimond, Supervisor at First Person Care Consultant Agency of the unforeseen event in 2020 that lead to the current situation is not documented in Amy Chartier,

Notice of Action-IRIS Program letters dated October 25, 2022 and November 9, 2022 in which was a deliberate, malicious and intentional act to deprive Patrice Hulon, IRIS Representative, on behalf of Carl L. Hulon, Jr [IRIS Participant] of supportive home care services needed to assist him.

331). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section noted in her Notice of Action-IRIS Program letter dated October 25, 2022 that "Your long-term care functioning screen determined a decrease in your authorized budget down to $6,893.89 per month effective 6/20/2022." However, it is Patrice Hulon position that Caitlin Connelly, Operations Manager, at Advocates4U and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon that Carl L. Hulon Jr [IRIS Participant] 2021-2022 Annual Budget ever proceeded $6,893.89 nor did CJ's 2022-2023 Annul Budget decrease to $6,893.89.

332). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section noted in her Notice of Action-IRIS Program letter dated October 25, 2022 that "On September 26, 2022, your FPCC IC and ICS proposed a new plan to get your ISSP within budget and I refused the opportunity at this time to get your "CJ" within budget. I, Patrice Hulon, IRIS Representative, did not refuse the opportunity to get CJ's plan within budget. However, it is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section noted in her Notice of Action-IRIS Program letter dated October 25, 2022 that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant

Agency stated to Patrice Hulon that I can leave things the way that they are and risk running out of money by November 26, 2022.

333). It is Patrice Hulon, IRIS Representative position that Amy Chartier stated that "The task schedule you provided does not show a need for additional hours because the care task sheets were completed to represent hours you do not have currently authorized". However, it is Patrice Hulon, IRIS Representative, position that Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency instructed Patrice Hulon to complete Carl L. Hulon Jr Caregiver Task List and Carl Jr's Caregiver Task List shows the need for an additional participant hired worker from 1:30 PM -3:15 PM and 5:15 PM-10:45 PM.

334). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action -IRIS Program letter dated October 25, 2022 that Advocates4U Consultant Agency went into the "System" in 2020 and changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" employee to a "Non-Live-In" Employee in which caused this unforeseen event in 2020.

335). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include that on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Brian Dimond, Supervisor, at First Person Care Consultant Agency, Patrice Hulon, Gina Weatherall and

Janie McCaa that "someone/ somewhere should have done something about this" Notice of Action-IRIS Program letter dated October 25 2022.

336). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that Advocates4u Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon that Advocates would be authorizing Carl L. Hulon Jr [IRIS Participant] Overtime Routine Supportive Home Care hours (26 hours at a pay rate of $23.63 per hour) in CJ's 2022-2023 Individual Support and Service Plan and as a result of Advocates4U Consultant Agency authorizing the Overtime SHC hours Carl L. Hulon Jr 2022-2023 Annual Budget would be depleted by November 26, 2022.

337). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that I, Patrice Hulon, IRIS Representative, had no knowledge of Advocates4U actions and I would not have knowingly consented to such actions that would affect Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget.

338). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS

Program letter dated October 25 2022 that Caitlin Connelly, Operations Manager, at Advocates4U Consultant and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon of such changes made to Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan on May 20, 2022.

339). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Care Agency stated to Patrice Hulon, IRIS Representative, that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency neglected to upload the results of Carl L. Hulon Jr [IRIS Participant] 2021-2022 Budget Amendment into the "System".

339). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that on September 26, 2022 Molly Mowery, IRIS Consultant, at First Person Care Agency stated to Brian Dimond, Patrice Hulon, Gina Weatherall and Janie McCaa that there are no reports of CJ's increased seizure activity, aggressive and combative behaviors and safety incidents uploaded into the Wiz-It system prior to September 26, 2022.

91

340). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that restraints are used on Carl L. Hulon Jr [IRIS Participant] daily due to increased seizure, aggressive behaviors (combative) and safety incidents.

341). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section states in Notice of Action-IRIS Program letter dated October 25 2022, that I did not refuse the opportunity to get CJ's annual budget back in budget in which was untrue.

342). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that Advocates4U Consultant Agency went into the "System" in 2020 and changed Carl L. Hulon Sr [Participant Hired Worker] from a "Live-In" employee to a "Non-Live-In" employee in which caused this unforeseen event in 2020.

343). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section states in Notice of Action-IRIS Program letter dated October 25 2022, that on September 23, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Brian Dimond, Patrice Hulon, Gina Weatherall and Janie McCaa that CJ's BA request was withdrawn on June 10, 2021 due to

Patrice Hulon failed to submit a Caregiver Task List. Also, on September 26, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consult Agency that CJ's BA Review was denied due to the SDPC never complete an assessment and DHS requested a SDPC assessment and Caregiver Task List.

344). It is Patrice Hulon, IRIS Representative, position that Advocates4U Consultant Agency never requested that Patrice Hulon to provide Advocates4U a Caregiver Task List.

345). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section states in Notice of Action-IRIS Program letter dated October 25 2022, that I, Patrice Hulon, IRIS Representative, provided a Caregiver Task List to TMG Consultant on May 14, 2020 on behalf of CJ. the CJ's Caregivers Task List into "Wizits".

346). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section states in Notice of Action-IRIS Program letter dated October 25 2022, that Carl L. Hulon Jr [IRIS Participant] received a increase in 2021-2022 Routine Supportive Home Care Annual Budget and an employee at Advocates4U Consultant Agency went into the "System" and made changes to Carl L. Hulon Jr 2021-2022 Individual Support and Service Plan.

347). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that on September 26, 2022, I stated to Molly Mowery,

Brian Dimond, Gina Weatherall and Janie McCaa that CJ has had an increase seizure activity and escalated aggressive behavioral episodes and CJ needs assistance with supportive home care and personal care services at demonstrated periods of throughout the day from 1:30 PM to 3:15 PM and 5:15 PM to 10:45 PM.

348). It is Patrice Hulon, IRIS Representative, position that Kristin Dolwick at MetaStar, Inc. stated in her letter dated September 16, 2022 that states "A service Plan authorization needs to be forward to the fiscal employer agency (FEA) for the participant hired worker, Jaylen Golden who was approved to start providing services to CJ in July, Mr. Golden has provided services to CJ, but a service code has not yet been entered to allow the FEA to pay Mr. Golden, Ms. Vang identified that Advocates4U no longer has access to CJ's record and is unable to enter the service authorization on CJ's ISSP with his effective hire date. Ms. Vang relayed that the new IRIS Consultant Agency will need to update his ISSP with his authorization. However, Kristin Dolwick letter dated September 16, 2022 contradicts Amy Chartier Notice of Action-IRIS Program letter dated October 25, 2022 that states, "The task schedule you provided does not show a need for additional hours because the caregiver task sheets were completed to represent hours you do not have authorized currently."

349). It is Patrice Hulon, IRIS Representative, position that the Caregiver Task List demonstrate the need for additional Routine Supportive Home Care hours and not personal care hours in which Amy Chartier contradicts herself in her Notice of Action-IRIS Program letter dated October 25, 2022 that states, "This task list reflects that you identified the need for over 50 personal care hours.

350). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency discussed 24 additional routine supportive home care hours per week and the email was forwarded to Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency prior to Carl L. Hulon Jr [IRIS Participant] 2022-2023 Budget Amendment Request.

351). It is Patrice Hulon, IRIS Representative, position that there is no information that exist in the Office of IRIS Management records review process that any of the following documents has identified a potential health and safety risk prior to September 13, 2022.

- The Office of IRIS Management-Records Review Process

- Critical Incident Report(s)

- 40-Hour Exception Form

- Risk Agreement-signed on September 26, 2022

- Supportive Home Care (SHC) Sixty-Day On-Sight Home Visit

- Supportive Home Care (SHC) Ninety-Day On-Sight Home Visit

- SDPC Ninety-Day On-Sight Home Visit

- Grievance Process

- Emergency Backup Plan

352). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, have identified Carl L. Hulon Jr [IRIS Participant] health and safety risk via email, voicemail and through the "GRIEVANCE PROCESS" and the Advocates4U Consultant Agency and its IRIS Consultant(s) refused to collaborate with the Patrice Hulon, IRIS Representative, to address, mitigate and

implement all health and safety risk prior to Patrice Hulon, IRIS Representative enrollment at First Person Care Consultant Agency on September 1, 2022.

353). It is Patrice Hulon, IRIS Representative, position that there is no documentation that exist from Advocates4U Consultant Agency, IRIS Consultant's and SDPC Nurses of concerns of participant hired worker burnout;

- Salitha Blair-IRIS Consultant-Advocates4U Consultant Agency

- Caitlin Connelly-Operations Manager-Advocates4U Consultant Agency [

- Virginia Garcia-IRIS Consultant -Advoctes4U Consultant Agency

- Julie Brockwell-Long-Term Care Functional Screener-Advocates4U Consultant Agency

- Caesar Cruz-Long-Term Care Functional Screener-Advocates4U Consultant Agency

- Pat Olmstead-SDPC Nurse

- Jill-SDPC Nurse [2022]

- Melissa Sadler-SDPC Nurse [2022]

354). It is Patrice Hulon, IRIS Representative, position that I have self-directed all of Carl L. Hulon Jr [IRIS Participant] Individual and Service Plans since 2018 and the Wisconsin Department of Health Services and First Person Care Consultant Agency has falsely accused Chawndell L. Hulon of providing Supportive Home Care services for all (3) participant at the same time.

355). It is Patrice Hulon IRIS Representative, position that there are (3) participants residing at 1620 Fayette Avenue, Beloit, WI 53511. All three participants went through three different

96

Long-Term Care Functional Screen enrollment process through the Aging and Disability Resource Center of Rock County. All (3) participants have (3) different MCN through the IRIS Program and all (3) participants should be treated different as such. Chawndell. Hulon is not providing supportive home care services for Carl L. Hulon Jr, Chamiy'e L. Hulon and Patrice Hulon all at the same time. The Wisconsin Department of Health Services et all has accused Chawndell L. Hulon of "DOUBLE BILLING" in which is a fabricated and inaccurate assumption. Chawndell L. Hulon is not double billing in which is demonstrated in Carl L. Hulon Jr [IRIS Participant] Caregiver Task List.

356). It is Patrice Hulon, IRIS Representative, position that Carl L. Hulon Jr has (2) participant hired workers, Chamiy'e L. Hulon has (3) participant hired workers and Patrice Hulon has (1) participant hired worker and (1) non-paid participant hired worker in which the Wisconsin Department of Health Services has given Patrice Hulon the authority to hire all participant hired workers and the Wisconsin Department of Health Services approved all hours and pay rates for all participant hired workers. All participants involved has individual high needs and require individual Supportive Home Care Services and Personal Care Services separate from the other participant.

357). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services and First Person Consultant Agency has falsely accused Chawndell L. Hulon of providing supportive home care services for all three participants at the same time based on a twenty-four hour Caregiver Task List.

358). It is Patrice Hulon, IRIS Representative, position that whenever Chawndell L. Hulon is providing Supportive Home Care services for Carl L. Hulon Jr [IRIS Participant], Chawndell L. Hulon is not providing Supportive Home Care services for Chamiy'e L. Hulon and Patrice Hulon.

359). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al, has stereotyped Chawndell L. Hulon with such false and inaccurate inquisitions and assumptions that there are overlapped times that Chawndell is providing SHC services for (2-3) participants at the same time in which is merely false and inaccurate assumption.

360). It is Patrice Hulon, IRIS Representative, position that whenever Carl L. Hulon Jr IRIS Consultants at Advocates4U Consultant Agency decides to complete its ninety-day on-sight home visit the IC's make contact with both CJ and Chamiy'e and their participant hired workers.

370). It is Patrice Hulon, IRIS Representative, position that whenever Carl L. Hulon Jr SDPC Nurses completes their ninety-day on-sight home visit there are (2) to (3) participant hired workers present, Chawndell being present for CJ and Jaylen Golden being present for Chamiy'e.

380). It is Patrice Hulon, IRIS Representative, position that Chawndell L. Hulon cannot complete the same supportive home care services on (3) different participants at the same time when in fact the (3) different participants have individual high needs and each participant's routine schedules are not at the same time.

381). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services approved the 40-Hour Exceptional Form authorizing Carl L. Hulon Sr and Chawndell L. Hulon, both participant hired workers to work the approved hours for Carl L. Hulon Jr, Chamiy'e

L. Hulon and Patrice Hulon and it is ironic that such concern(s) arises after Patrice Hulon, IRIS Representative, has requested a 2022-2023 Budget Amendment Review and not prior to.

382). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, has neglected to mention in her Notice of Action-IRIS Program letter dated Octorber 25, 2022 that Chamiy'e L. Hulon has (3) participant hired works and Patrice Hulon has (2) participant hired workers.

383). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services approved all supportive home care hours and personal care hours for each individual participant within the IRIS Program.

384). It is Patrice Hulon, IRIS Representative, position that whenever Chawndell is providing services for Carl L. Hulon Jr [IRIS Participant}, Chamiye's participant hired worker is logged into the EVVIE System.

385). It is Patrice Hulon, IRIS Representative, position that the Wisconsin Department of Health Services et al has adopted a policy in October 2022 that since Carl L. Hulon Jr, Chamiy'e L. Hulon and Patrice Hulon all resides within the same household that their meals are prepped and prepared together in which this policy has not existed prior to October 2022.

386). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section noted in her Notice of Action-IRIS Program letter dated October 25, that "The only change was made on September 27, 2022 to change one caregivers hours from over 20 hours per day to over 17 hours per day of working amongst all IRIS participants who reside in the home.

99

387). It is Patrice Hulon, IRIS Representative, position that Chawndell L. Hulon [Participant Hired Worker] Routine Supportive Home Care hours has been reviewed and authorized by Caitlin Connelly, Operations Manager, Salitha Blair, IRIS Consultant, Virginia Garcia, IRIS Consultant, all at Advocates4U Consultant Agency and the Wisconsin Department of Health Services prior to September 27, 2022.

388). It is Patrice Hulon, IRIS Representative, position that I reached out to Caitlin Connelly, Virginia Garcia, Magdeline Rodriquez and Diana Aguirre all at Adcoates4U Consultant Agency with attempts to make changes to change Chawndell L. Hulon Routine Supportive Home Care hours on July 12, 2022, August 23, 2022, August 26, 2022 and August 30, 2022 with no response from anyone.

<u>Notice of Action-IRIS Program Letter -November 9, 2022</u>

389). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, noted in her Notice of Action-IRIS Program letter dated November 9, 2022, states that "there has been an increase in personal care hours from 19.75 to 33.75 per week, your IRIS Consultant has been trying to clarify with you where you like to assign the hour difference, your guardian stated on November 4, 2022 that Chawndell Hulon provide personal care and he would be taking up the extra hours."

390). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022, that "on September 26, 2022, I stated to Brian

Diamond, Molly Mowery, Gina Weatherall and Janie McCaa that Jaylen Golden is going to work any additional hours for Carl L. Hulon Jr [Participant]."

391). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, First Person Care Consultant Agency contradicts herself in her Notice of Action-IRIS Program letter dated November 9, 2022, in which states "states that "there has been an increase in personal care hours from 19.75 to 33.75 per week, your IRIS Consultant has been trying to clarify with you where you like to assign the hour difference, your guardian stated on November 4, 2022 that Chawndell Hulon provide personal care and he would be taking up the extra hours and "on November 4, 2022, your IRIS Consultant notified your guardian that your Individual Support and Service Plan is still over budgeted and there will need to be changes if you wish to continue having paid cares through the end of your plan year, your guardian stated she did not wish to make changes.

392). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated October 25 2022 that on November 4, 2022, "Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that "if I was not paying Carl Sr overtime pay and pay him standard pay CJ's budget would back in budget."

393). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS

Program letter dated October 25 2022 that on November 4, 2022, "Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that "If Carl Sr and Chawndell stayed at $14 per hour CJ budget would be in budget right now and Molly stated that she still have to play with the numbers."

394). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022, that on November 4, 2022, "Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that Carl Sr could decrease his Routine Supportive Home Care Hours from $15.75 per hour to $14.00 per hour and then he can be paid the 26 hours of overtime at a pay rate changed from $23.63 per hour to $21.00 in which is a contraction of Amy Chartier Notice of Action-IRIS Program letter dated November 9, 2022."

395). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022, that on November 4, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that Carl L. Hulon Sr [Participant Hired Worker] can continue to work the 40 hours and 26 hours at $15.75 per hour."

396). It is Patrice Hulon, IRIS Representative, position that Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency statement to Patrice Hulon that Carl L. Hulon Sr

102

[Participant Hired Worker] can continue to work the 40 hours and 26 hours at $15.75 per hour in which violates the Federal Labor Standard Act (FLSA).

397). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022 that on November 4, 2022, "Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that fixing the budget right now is not going to do anything right now. Molly stated that if Carl Sr changed his hourly pay rate to 40 regular hours at $14/per hour he could get his overtime pay rate at 26 hours at $21 per hour. "

398). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022 that "on November 4, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated that if Carl Sr changed his hourly pay rate to $14/per hour he could get his overtime pay rate."

399). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022, that "on November 4, 2022, Molly Mowery, IRIS

Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that if Carl Sr and Chawndell was getting paid $14 per hours from May 1, 2022, CJ will be in budget."

400). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022, that "on November 4, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that "since the BA was denied, I would recommend giving Chawndell those 14 hours of personal care hours and lowering his supportive home care hours so that it won't be eating at his budget so quickly if that make since". I Patrice Hulon, replied that "When I talked to Brain that I was going to utilize the 14 hours of personal cares and give it to was going to have Jaylen Golden."

401). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022 that "on Tuesday, November 8, 2022, I Patrice Hulon, IRIS Representative, left Molly Mowery a "RECORDED" voicemail that specifically states "Chawndell stated that CJ is going to need more supportive home care hours than personal care hours."

402). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies. IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS

Program letter dated November 9, 2022, that "on November 4, 2022, I stated to Molly Mowery, that Jaylen Golden is going to work the 14 personal hours for Carl L. Hulon Jr [Participant] and I will discuss with Chawndell L. Hulon about CJ's personal care hours."

403). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022 that "on November 4, 2022, Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency stated to Patrice Hulon that agreed that I will speak with Carl L. Hulon Sr and Chawndell L. Hulon the stated calculation and provide her an update on November 7, 2022."

404). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies, IRIS Management Section herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to include in her Notice of Action-IRIS Program letter dated November 9, 2022 that "on November 8, 2022, I informed Molly Mowery, IRIS Consultant, at First Person Care Consultant Agency by voicemail and stated that Chawndell and I agreed that Carl L. Hulon Jr [IRIS Participant]"CJ" will benefit with more supportive home care hours than personal care hours."

405). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to force Carl L. Hulon Jr [IRIS Participant] to utilize personal care hours when Patrice Hulon, IRIS

Representative, requested additional supportive home care hours instead of personal care hours.

406). It is Patrice Hulon, IRIS Representative, position that SDPC (Personal Care) hours are not approved through the Budget Amendment Request. However, Carl L. Hulon Jr [IRIS Participant] received an increase of Personal Care hours on September 21, 2022.

407). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, did not authorize First Person Care Consultant Agency to add Carl L. Hulon Jr [IRIS Participant] personal care hours to his 2022-2023 Individual Support and Services Plan effective November 13, 2022.

408). It is Patrice Hulon, IRIS Representative, position that either Jaylen Golden, Janie McCaa or Roneesha Homan was going to be assigned to work the personal care hours for Carl L. Hulon Jr [IRIS Participant].

409). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency had no authority to make such changes without Patrice Hulon, IRIS Representative, authorized consent.

410). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, did not authorize First Person Care Consultant Agency to take Chawndell L. Hulon [Participant Hired Worker] Routine Supportive Home Care hours (SHC) out of Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan effective November 13, 2022.

411). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to take

Chawndell L. Hulon [Participant Hired Worker] Routine Supportive Home Care hours [14.75] effective November 13, 2022 without Patrice Hulon, IRIS Representative authorized consent.

412) It is Patrice Hulon, IRIS Representative, position that I did not authorize First Person Care Consultant Agency to take Carl L. Hulon [Participant Hired Worker] Routine Supportive Home Care hours (SHC) out of Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan.

413). It is Patrice Hulon, IRIS Representative, position that I, Patrice Hulon, did not authorize the changes on Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Service Plan on December 16, 2022. Terrell Jones, a family friend, was present at the on-sight home visit with Stacey Edwards, IRIS Consultant, at First Person Care Consultant Agency.

414). It is Patrice Hulon, IRIS Representative, position that First Person Care Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent conspired to take Carl L. Hulon Sr [Participant Hired Worker] Routine Supportive Home Care [9] hours effective November 13, 2022 without Patrice Hulon, IRIS Representative authorized consent.

415). It is Patrice Hulon, IRIS Representative, position that Amy Chartier, IRIS Section Chief, Bureau of Adult Programs and Policies. IRIS Management Section notes in her Notice of Action-IRIS Program letter dated November 9, 2022 that "As of 10/22/2022 you have used 52% (43,061.20) of your budget for this plan year. By continuing to pay out the hours you have authorized on your plan, your plan will run out of funds before the end of the plan year.

416). It is Patrice Hulon, IRIS Representative, position that it is impossible for Carl L. Hulon Jr [IRIS Participant] to utilize 48% of his 2022-2023 Annual Budget from October 22, 2022 to November 26, 2022.

417). It is Patrice Hulon, IRIS Representative, position that Caitlin Connelly and Virginia Garcia at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith with malice and intent neglected to inform Patrice Hulon that "You, Patrice Hulon, are not permitted to exceed Carl L. Hulon Jr [IRIS Participant] 2022-2023 Annual Budget estimate when developing Carl L. Hulon Jr 2022-2023 Individual Support and Service and Participants are not permitted to exceed their individual budget estimate when authorizing timesheets or claims" on May 20, 2022.

418). It is Patrice Hulon, IRIS Representative, position that as of May 20, 2022, Caitlin Connelly, Operations Manager, at Advocates4U Consultant Agency and Virginia Garcia, IRIS Consultant, at Advocates4U Consultant Agency herein acted arbitrarily, willfully and in bad faith neglected to inform Patrice Hulon, that Carl L. Hulon Jr [IRIS Participant] 2022-2023 Individual Support and Services Plan exceeded his 2022-2023 Annual Budget.

Relief Sought

Wherefore, the Plaintiff's prays for judgment against the Defendant's individually and demands the following:

Compensatory Damages in the amount of $10 Billion Dollars;

Punitive Damages (double or treble) both jointly and severally in the amount of

$10,000,000,000.00 or an amount that is determined by a jury that is significantly great enough

to deter the actions of the defendants in the future from acting in the same matter.

Dated this 22nd date of December, 2022

Respectfully Submitted

Without Prejudice

Patrice Hulon

/s/ Mrs. Patrice Hulon

1620 Fayette Avenue

Beloit, WI 53511

Punitive Damages (double or treble) both jointly and severally in the amount of

$10,000,000,000.00 or an amount that is determined by a jury that is significantly great enough

to deter the actions of the defendants in the future from acting in the same matter.

Dated this 22ⁿᵈ date of December, 2022

Respectfully Submitted

Without Prejudice

Carl L. Hulon Jr

Carl L Junior

/s/ Mr. Carl L. Hulon Jr

1620 Fayette Avenue

Beloit, WI 53511

109