IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL LEE HULON JR. and PATRICE HULON,

    Plaintiffs,

v.

THE WIS. DEP'T OF JUSTICE and THE WIS. DEP'T OF HEALTH. SERVS.,

    Defendants.

ORDER

22-cv-733-jdp

---

Because plaintiffs' amended complaint was deficient, I ordered them to file a second amended complaint. Dkt. 5. Later, I determined that Patrice Hulon was attempting to represent her son, Carl Lee Hulon, Jr., in this matter. So I stayed the deadline to file a second amended complaint and gave the Hulons until March 24, 2023, to retain counsel. *See* Dkt. 7. Because counsel has not entered an appearance on the Hulons' behalf, and because the Hulons have failed to show a basis for the court to assist them in recruiting counsel, *see* Dkt. 11, I will dismiss the case without prejudice. This means that, if the Hulons obtain counsel, this dismissal does not preclude them from filing a new case based on the events underlying their complaint, subject to the statute of limitations or any other potentially applicable procedural bar. It also means that this dismissal does not preclude the Hulons from pursuing any Wisconsin-law causes of action in state court.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice.

2. The clerk is directed to enter judgment and send plaintiffs copies of this order and the judgment.

Entered April 3, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge